UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

M.C. o/b/o E.C., a minor,
                Plaintiff,

      v.

Department of Education of the City of
New York,

                Defendant.
---------------------------------------------------------------x

**COMPLAINT**

Case File No. 12 cv-09281-CM
Judge Collen McMahon
Magistrate Judge Andrew J. Peck
ECF CASE

## INTRODUCTION

1. This is an action to recover attorney's fees and costs incurred in the course of administrative proceedings brought under the Individuals with Disabilities Education Improvement Act, 20 U.S.C.§ 1415 ("IDEIA").

2. Plaintiff and the minor student she represents are identified by initials in the caption of this action to preserve their confidentiality, in accordance with the privacy provisions of the IDEIA, 20 U.S.C. §1416(c), and the Family Education and Privacy Rights Act, 20 U.S.C. § 1232(g) ("FERPA").

## JURISDICTIONAND VENUE

3. This Court has jurisdiction over Plaintiffs federal claims pursuant to 20 U.S.C. §1415(i)(3)(A)-(G), as an action for an award of reasonable attorney's fees and costs to prevailing parties in administrative proceedings under the IDEIA 20 U.S.C. §1400 et seq.; and under 28 U.S.C. §1331 as an action raising a federal question.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1) as the judicial district in which Defendant has its principle offices. Venue is also appropriate pursuant to 28 U.S.C. §1391(b)(2),

because it is the district in which a substantial part of the events or omissions giving rise to the claim occurred, as it is E.C.'s home district.

## PARTIES

5. Plaintiff M.C. is the parent and natural guardian of the identified minor student, who was a student with disabilities and resided in the New York at all relevant times herein.

6. Defendant Department of Education of the City of New York ("the DOE") is a corporate body, created by Article 52 of the New York State Education Law, §§ 2550 et seq. It manages and controls the educational affairs of the New York City public schools, and has its principal administrative offices at 52 Chambers Street, New York, New York. Defendant DOE at all times was responsible for providing a free appropriate public education to E.C.

## FACTS

7. Section 1415(b)(6)(A) of IDEIA provides procedural safeguards that enable parents and students to challenge the local educational agency's decisions, including the right to file a due process complaint requesting a hearing "with respect to any matter relating to the identification, evaluation, or placement of the child, or the provision of a free public education to such child."

8. On or about November 9, 2009, Plaintiff retained Lincoln Square Legal Services (LSLS) to represent her in seeking an Impartial Hearing pursuant to the IDEIA.

9. Lincoln Square Legal Services, Inc. (LSLS) is a charitable, not-for-profit organization established to implement Fordham University School of Law's "in-house" or live-client clinical program, an educational program of eligibility, training, supervision, duties and activities for law students who have completed at least two semesters of law school. LSLS is authorized by the Appellate Division of the

Supreme Court of the State of New York to provide legal services without fee to low-income families in civil and criminal legal matters. The case was handled by various law student interns, enrolled in the Family Advocacy Clinic at Fordham (FAC). The FAC employs an innovative, holistic, interdisciplinary approach to client representation whereby law students collaborate with graduate social work students to assist the clinic's low income clients in achieving their legal objectives. Law students enrolled in the clinic practice under the supervision of Leah A. Hill, Esq., Associate Clinical Professor, Fordham University School of Law and Supervising Attorney, LSLS. Social work students are supervised by Kathy Ho, an M.S.W. employed by the law school.

10. On November 20, 2009, plaintiff filed a due process complaint under 20 U.S.C. §1415(f) with the DOE, Impartial Hearing Office Case No. 125343, which alleged that E.C. had been denied a free appropriate public education (FAPE). Plaintiff sought compensatory education services in the form of speech therapy to compensate for missed services; compensatory reading and writing instruction in the form of one on one tutoring; and, requested that the CSE reconvene to draft an appropriate IEP for placement in a nonpublic school (Exhibit A).

11. Impartial Hearing Officer (IHO) Ralph Pennington, Esq., was appointed to preside over the due process hearing pursuant to N. Y. Education Law §4401. The hearing was held on June 9, 2010 and September 21, 2010, before IHO Pennington, at the offices of the Department of Education Impartial Hearing Office at 131 Livingston Street, in Brooklyn, N.Y.

12. When the hearing concluded, IHO Pennington gave both parties the opportunity to submit written closing statements. He directed the parties' representatives to submit their closings within six weeks, on November 5, 2010. LSLS prepared a twenty-nine page closing brief which provided a detailed analysis

of E.C.'s voluminous educational records and the relevant law. The DOE representative did not submit a closing statement.

13. On January 4, 2011, IHO Pennington issued a decision in favor of the plaintiff on *all* of the claims she asserted. IHO Pennington also granted plaintiff all of the relief requested.  Plaintiff was therefore the prevailing party on all issues in the Impartial Hearing within the meaning of IDEIA 20 U.S.C. § 1415(i)(3).  As prevailing party, Plaintiff is entitled to reasonable attorney's fees and costs.

14. This case was very complex because of E.C.'s extensive history with the DOE, the intractable nature of E.C.'s disability, the DOE's repeated procedural and substantive failures, the number of evaluations E.C. underwent and the lack of responsiveness and preparedness on the part of the DOE's representatives while the proceeding was pending.  As a result, during the fifteen month period of activity on this case, LSLS expended 978.3 hours to ensure a fair outcome for E.C.

15. When the hearing commenced, E.C. was a fourteen year old student attending public school in New York City who presented with multiple deficits in all academic areas, a long history of speech and language challenges and a collection of problem behaviors, all of which adversely affected his learning.

16. Complicating matters, the DOE representatives handling this matter were unresponsive and although they were not prepared for either hearing date and did not offer any testimony or evidence, they provided no advance notice to plaintiff of their plans and insisted on going forward with the case.

17. LSLS singlehandedly obtained, reviewed and submitted hundreds of pages of E.C.'s educational records dating back to 2003 in order to demonstrate the DOE's persistent failure to respond to E.C.'s problems (In re E.C. (2011)) ("Exhibit B").  The result was a scathing decision in favor of the plaintiff on all issues.

18. IHO Pennington determined that "a gross violation of FAPE was committed by the DOE for the 2008-2009 and 2009-2010 school years" (Exhibit B). He stated further "clearly...the student has been deprived of instruction over a substantial period of time" (Exhibit B). He found that "the student's classification changed numerous times.....the student has not been properly evaluated. Exhibits twelve, fourteen and fifteen improperly classify E.C. with the non-existent classification, "mentally deficient", a category that does not exist under the IDEIA or any applicable New York State provisions. The fact that such improper classification was repeated in more than one IEP is proof that the DOE failed to properly develop an appropriate IEP over a substantial period of time" (Exhibit B).

19. The complexity of the case is further demonstrated by IHO Pennington's acknowledgement of E.C.'s wide-ranging educational challenges. He stated that E.C. had "poor comprehension, spelling, reading and math skills..." and that he was "impulsive and has difficulty controlling his emotions" (Exhibit B) Further, he found that E.C. exhibited a lack of academic progress during the years in question, stating, "The parent's credible testimony along with exhibits nine, ten, twelve, fourteen and twenty-two establish the students delays and lack of progress. The decision goes on to cite several additional procedural and substantive violations" (Exhibit B)

20. The relief was similarly sweeping. He ordered "the Department to fund and/or provide the parent with a Related Services Authorization ("RSA") for 198 hours of speech therapy and 360 hours private tutoring at Board rate" (Exhibit B). He ordered the "CSE team to reconvene within two to three weeks and consider all evaluations, consider deferral to Central Based Support Team ("CBST") and consider proposed placement of School of Language and Communication Development; and to devise an appropriate IEP" (Exhibit B).

21. Subsequent to the Impartial Hearing Decision, LSLS made written demand upon Defendant for payment of reasonable attorney's fees in connection with LSLS's representation of Plaintiff at the Impartial Hearing.

22. The demand for attorney's fees was in writing and accompanied by, (1) a chronological log of contemporaneously maintained billing records, computed to one-tenth of an hour for each task performed, (2) the resume of each legal intern and attorney who provided the services (3) an affirmation by the supervising attorney attesting to the provision of the services identified in the request, (4) a copy of the retainer agreement between LSLS and the plaintiff, (5) a written authorization signed by the plaintiff for LSLS to demand and receive attorney's fees.

23. LSLS later informed the DOE that the in preparing the demand billing judgment was exercised to eliminate all excessive, unnecessary and redundant entries that are inherent in a law school clinic. Hence our demand reflected that we were proactive by making reductions as necessary to comply with governing case law. Although the demand submitted to the DOE did not include the activities for the hours we chose to remove, we have submitted a log with this application which includes all the hours we expended. The log demonstrates our billing judgment by indicating "no charge" next to the items we chose to remove from consideration. Please note that the name of the parent and minor child have been redacted from the log submitted with this complaint.

24. The hours expended by LSLS in connection with the Impartial Hearings were reasonable in relation to the services required and performed. The fees requested were based on prevailing hourly rates in the community for similar services provided by attorneys and law student interns with comparable professional experience. The fees we seek total $57,345.00, representing 978.3 hours at hourly rates of $150 for legal student interns and $400 for supervising attorney (Exhibit C).

25. Defendant has wrongfully neglected and refused to make payment of the fees and costs demanded.

26. Plaintiff has made reasonable efforts to resolve this dispute without resort to this federal court action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the court:

Assume jurisdiction of this action;

Award Plaintiff reasonable attorney's fees and costs, in an amount to be determined at trial, incurred in connection with the successful prosecution of Plaintiff's claim as stated herein, as well as in connection with LSLS's efforts to recover reasonable attorney's fees and costs, including those incurred in the prosecution of this action; and

Award such other and further relief as the Court may deem just and proper.

Dated: New York, New York
      December 5, 2012

Respectfully Submitted,

Leah Hill, Esq.
Lincoln Square Legal Services,
33 West 60th St
Third Floor
New York, New York 10023
212-636-6934

# EXHIBIT A

# LINCOLN SQUARE LEGAL SERVICES, INC.

**Executive Director**
Ian Weinstein

**Supervising Attorneys**
Cheryl G. Bader
James A. Cohen
Elizabeth B. Cooper
Romaine L. Gardner
Mercer Givhan
Brian Glick
Leah A. Hill
Ron Lazebnik

**Supervising Attorneys**
Elizabeth A. Maresca
Michael W. Martin
Paul Radvany
Martha Rayner
Beth G. Schwartz
Marcella Silverman
Gemma Solimene

**Supervising Social Workers**
Kathy Ho, M.S.W.
Lyn Kennedy Slater, C.S.W., Ph.D.

Committee on Special Education:
Chair: Marilyn Sprecher
388 W. 125th St.
New York, NY 10027
Phone: (212) 342-8300

Re: ▮▮▮▮▮▮▮▮▮
CSE Case #: 03-21841
Date of Birth: August 12, 2003
NYC ID: 275017994
Home District: 3
Service District: Region 3

Current Placement:                          Parent:
MS 247 Dual Language Middle School          ▮▮▮▮▮▮▮▮▮
32 W 92nd Street                            845 Columbus Avenue, Apt 8G
New York, NY 10025                          New York, NY 10025

Dear Ms. Sprecher:

Lincoln Square Legal Services ("LSLS") represents ▮▮▮▮▮▮▮▮▮ ("▮▮▮▮▮"),
on behalf of her son ▮▮▮▮▮▮ ("▮▮▮▮"), in her quest to ensure that ▮▮▮▮ receives a free
and appropriate public education ("FAPE") that he is entitled to under the Individuals with
Disabilities in Education Act (IDEA) and New York law. Specifically, the CSE has:

i.)     Failed to properly identify ▮▮▮▮ disability
ii.)    Failed to properly classify ▮▮▮▮ in 2007, 2008 and 2009
iii.)   Failed to provide ▮▮▮▮ with an adequate evaluation in developing his IEP in
        2007, 2008 and 2009
iv.)    Failed to develop an adequate IEP for ▮▮▮▮
v.)     Failed to provide ▮▮▮▮ with a Free and Appropriate Public Education; and,
vi.)    Failed to properly implement ▮▮▮▮ 2008 and 2009 IEP.

### Failure to Provide Free and Appropriate Public Education

As per 20 USC § 1401(9), a school is required to provide each student with a free and appropriate public education that is, (A) provided at public expense, under public supervision and direction, and without charge, (B) meet the standards of the state education agency, (C) include an appropriate preschool, elementary school, or secondary school education in the state involved; and, (D) are provided in conformity with the individualized education program required under §1414(d) of this title.

The Supreme Court in Board of Education v. Rowley (458 US 176 at 188-189) determined that a FAPE consists of "educational instruction specifically designed to meet the unique needs of the handicapped child supported by such services as necessary to permit the child to benefit from the instruction." Moreover, the Court in Rowley (458 US 176 at 206-207) also states that "a court's inquiry in suits brought under § 1415(e)(2) is twofold. First, has the State complied with the procedures set forth in the Act? And second, is the individualized educational program developed through the Act's procedures reasonably calculated to enable the child to receive educational benefits?" ███ has not made any educational progress for close to three years particularly in reading where his scores have not improved and, in fact have regressed. Further, ███ 2008 IEP indicated that he was to receive speech and language services 2X40X5 with an additional 1X40X1 to "address attention and auditory processing skills. Prior to the formation of his 2008 IEP, ███ had been receiving speech and language therapy in a group 4 times per week. (2008 IEP page 3). On his 2008 IEP, he was only provided with speech and language services once per week (2008 IEP page 4). It is clear from all of his school records that Enrique has not made progress, and that he also has not been receiving the services mandated in his 2008 IEP. Furthermore, while ███ has shown no signs of progress these services have not been increased in the 2009 IEP. Therefore, the Department of Education has failed in providing ███ with a FAPE as ███ has not been provided an adequate evaluation and has not had an individualized educational program reasonably calculated to confer educational benefit.

### Failure to Provide ███ with an Adequate Evaluation and Identify His Disability

On September 25, 2009 ███ was evaluated by Arlene Pinetta, school psychologist at MS 247. This evaluation was not sufficiently comprehensive to comport with N.Y. Comp. Codes. R. & Regs. tit. 8 § 200.4 (b)(4) requiring that "The reevaluation shall be conducted by a multidisciplinary team or group of persons, including at least one teacher or other specialist with knowledge in the area of the student's disability."

Furthermore, data available to the CSE indicated that further testing was necessary to properly identify ███ needs. In his 2008 IEP, ███ demonstrated reading comprehension skills within a third grade level. His fluency and word recognition were comparable to a third grade student, as well as his writing skills. Psychological testing conducted by Arlene Pinetta, on September 25, 2009 revealed that ███ reading decoding skills placed him at 2.6 grade level and his reading comprehension also tested at a 2.6 grade level. These test scores indicate that not only has ███ not made educational progress, but he has regressed.

Pursuant to N.Y. Comp. Codes. R. & Regs. tit. 8 § 200.4, the CSE and other qualified professionals should have reviewed their own evaluation data indicating that ██████ had persistent and severe comprehension and communication problems that had not been addressed for years. The CSE should have used this data to identify other possible evaluations that might have better identified his deficits and targeted specific services accordingly.

Finally, the evaluation conducted in 2009 was not sufficient to assess ██████ in all areas related to his suspected disability, including, where appropriate, health, vision, hearing, social and emotional status, general intelligence, academic performance, vocational skills, communicative status and motor abilities, in compliance with N.Y. Comp. Codes. R. & Regs. tit. 8 § 200.4 (b)(6)(vii). Indeed in ██████ 2008 IEP report, the Department of Education recommended a Central Auditory Processing Disorder Evaluation. This recommendation was consistent with ██████ 2006 IEP which described him as having "reduced auditory memory/processing skills". Further testing of these skills and ██████ disability in this area has yet to occur. Without additional evaluations, ██████ disability and classification remain in question.

**Failure to Properly Implement Enrique's IEP**

Pursuant to N.Y. Comp. Codes. R. & Regs. tit. 8 § 200.4 (c)(4)(e)(2), A school district shall ensure that each student with a disability has an IEP in effect at the beginning of the school year. The Board of Education has not satisfied this requirement. ██████ most recent IEP was created on October 2, 2009. This IEP was created past the start of the school year. Further, to this date the IEP has not been properly implemented. ██████ is currently in a classroom staffing ratio of 20:1. His IEP created on 10/2/09 mandates for a classroom with a 12:1 staffing ratio. Not only has this year's IEP never been implemented, but his IEP program for 2008 that mandated a classroom staffing ratio of 13:1 was also never fulfilled. In fact, since being placed at MS 247 ██████ has never received the required staffing ratio provided by his IEP. Furthermore, in ██████ latest IEP a new staffing ratio of 12:1:1 was to occur by November 2, 2009. It is currently November 20, 2009 and the IEP has yet to be properly implemented. M.S. 247 does not have the ability to provide a 12:1 classroom setting.

As per N.Y. Comp. Codes. R. & Regs. tit. 8 § 200.4 (e)(4), while ██████ current placement is inadequate to fulfill his educational needs, by law he is entitled to remain in his current placement until an appropriate review based on an independent evaluation of ██████ educational needs occurs. Switching ██████ placement without a proper independent evaluation will only further delay ██████ educational progress, as it is still unclear as to what ██████ needs are.

Consequently we are requesting:

That the Department of Education grant ██████ the right to obtain a comprehensive independent evaluation of ██████ at public expense, pursuant to N.Y. Comp. Codes. R. & Regs. tit. 8 § 200.5 to be administered by a multidisciplinary team or group of persons that will include but is not limited to, a full psychiatric evaluation; neurological evaluation, physical examination; and an auditory-processing evaluation.

That ██████ be provided with information regarding where an independent educational evaluation may be obtained; and the school district's criteria applicable for

independent educational evaluations pursuant to N.Y. Comp. Codes. R. & Regs. tit. 8 § 200.4 (b)(4) and N.Y. Comp. Codes. R. & Regs. tit. 8 § 200.5(g)(1)

That ▆▆▆▆ current program and placement be reviewed, taking into account said independent evaluation

That ▆▆▆▆ be provided with additional educational services to make up for the time he was improperly classified, evaluated and placed. Such services shall include but not be limited to private tutoring and any other services that will compensate for the above mentioned failures.

That pursuant to N.Y. Comp. Codes. R. & Regs. tit. 8 § 200.4 (e)(4), ▆▆▆▆ remain in his current placement pending a new recommendation of the committee on special education, unless the board and parent otherwise agree.

That such other and further relief deemed necessary be granted.

**Conclusion**

Therefore we respectfully request that that the relief herein requested be granted in its entirety. We look forward to hearing from you soon, and thank you in advance for your cooperation. Please feel free to contact us at 212-636-6934 with any questions.

Dated: November 20, 2009

LINCOLN SQUARE LEGAL SERVICES INC.
BY:

Stacy Sadove
Legal Intern
33 W. 60th Street, 3rd Fl
New York, NY 10023
212-636-6934

LINCOLN SQUARE LEGAL SERVICES INC.
BY:

Josh Gelb
Legal Intern
33 W. 60th Street, 3rd Fl
New York, NY 10023

LINCOLN SQUARE LEGAL SERVICES INC.
BY:

Leah Hill
Supervising Attorney
33 W. 60th Street, 3rd Fl
New York, NY 10023

# EXHIBIT B

# FINDINGS OF FACT AND DECISION

Case Number:            125343

Student's Name:         ██████████

Date of Birth:          November 26, 1996

District:               3

Hearing Requested By:   Parent

Date of Hearing:        June 9, 2010
                        September 21, 2010

Hearing Officer:        Ralph Pennington, Jr., Esq.

Hearing Officer's Findings of Fact and Decision

Case No.  125343

---

### NAMES AND TITLES OF PERSONS WHO APPEARED ON JUNE 9, 2010

PARENT
LEAH HILL, Attorney
ALEXANDRA ALVAREZ, Legal Intern
RACHEL WU, Legal Intern
KASI LEGRAND, Social Worker
AARON SCHEINWALD, Legal Intern

DEPARTMENT OF EDUCATION
WILLIAM R. WOODS, CSE Representative

### NAMES AND TITLES OF PERSONS WHO APPEARED ON SEPTEMBER 21, 2010

PARENT
LEAH HILL, Attorney
██████████, Parent
BERNARD DUFRESNE, Legal Intern
SIOBHAIN MINAROVICH, Legal Intern
KATHERINE ACOSTA, Social Worker Intern
AARON SCHEINWALD, Legal Intern
TANYA COVINGTON, Social Worker

DEPARTMENT OF EDUCATION
NICHOLAS CHAVARRIA, CSE Representative

Hearing Officer's Findings of Fact and Decision                                    2

Case No. 125343

_____

## PARENT'S POSITION

The parent contends that the New York City Department of Education (hereinafter referred to as "Department"), has failed to identify and properly classify this student for the 2007, 2008 & 2009 school years. The department failed to neither provide the student with an adequate Individualized Education Program (IEP) nor properly implement an IEP for the 2008 and 2009 school years.

With respect to relief, the parent seeks: an related services authorization ("RSA") to receive a minimum of one hundred and ninety-eight hours of compensatory education in the form of speech therapy to compensate for missed services; an RSA to receive three hundred and sixty hours of compensatory education in the form of reading and writing instruction; Committee on Special Education (CSE) to reconvene to draft an appropriate IEP with a deferral to Central Based Support Team (CBST) so that the student may be placed in a nonpublic school setting with transportation provided; and the parent seeks placement at the School for Language and Communication Development.

## DEPARTMENT'S POSITION

The Department is silent as to any argument in opposition, except that if the requested placement is not available then that a comparable placement be made immediately. Secondly, the department argues that the RSA's are provided for specific related services with a specific provider and not for a non-specified provider.

## Evidence presented:

## On Behalf of the Department:

The department presented no documentary or testimonial evidence.

## On Behalf of the Parent:

██████████, **Parent,** testified that she is the parent of the student (Tr.26). She first noticed that the student had issues around ages six or seven (Tr.27). The student was not listening and attending (Tr.27). He had difficulty with his homework (Tr.28). He had difficulty with his homework every day (Tr.29). It would take him five or six hours to do his homework (Tr.29). The student has made no progress in the past five-six years (Tr.32). Said witness requested to the department that the student be reevaluated and

Hearing Officer's Findings of Fact and Decision                                      3

Case No. 125343

---

never received a response (Tr.32). She feels that the student requires a small class (Tr.32). She has no difference from last school year to this school year (Tr.33). She would like to be more involved in the IEP process and more in contact with his teachers (Tr.33).

Moreover, the student has difficulties at home (Tr.34). Often, she has to repeat herself when requesting him to do something (Tr.35). The student is currently failing his academic classes (Tr.35).

No cross examination was conducted of this witness.

FINDINGS FACTS AND CONCLUSIONS OF LAW:

I find that the evidence clearly establishes that the student is a fourteen (14) year old student who is classified as speech and language impaired on the October 2, 2009 IEP. The most recent IEP of August 2010 classifies the student with an emotional disturbance. The student presents with poor comprehension, spelling, reading and math skills. Exhibit twenty-two shows that academically, the student performs in a range from 2.6 to 6.0 grade equivalent in various academic domains. The student is impulsive and has difficulty controlling his emotions. He has been diagnosed with attention deficit hyperactive disorder and oppositional defiant disorder.

Compensatory education, i.e., special education services provided to a student is a permissible remedy under the Individuals with Disabilities Education Act (IDEA) when the student has been excluded from school or denied appropriate educational services for an extended period of time (Mrs. C. v. Wheaton , 916 F.2d 69 [2d Cir. 1990]; Burr by Burr v. Ambach, 863 F.2d 1071 [2d Cir. 1988]; Lester H. v. Gilhool, 916 F.2d 865 [3d Cir. 1990]; Miener v. State of Missouri, 800 F.2d 749 [8th Cir. 1986]). Compensatory education is an equitable remedy that is tailored to meet the circumstances of the case (Wenger v. Canastota, 979 F. Supp. 147 [N.D.N.Y. 1997]). It may be awarded if there has been a gross violation of the IDEA resulting in the denial of, or exclusion from, educational services for a substantial period of time (Mrs. C. v. Wheaton, 916 F.2d 69 [2d Cir. 1990]; Burr v. Ambach, 863 F.2d 1071 [2d Cir. 1988]; Application of the Bd. of Educ., Appeal No. 02-047).

Hearing Officer's Findings of Fact and Decision

Case No. 125343

4

While, compensatory education is a remedy that is available to students who are no longer eligible for instruction, I note that State Review Officers have awarded additional services to students who remain eligible to attend school and have been denied appropriate services, if such deprivation of instruction could be remedied through the provision of additional services before the student becomes ineligible for instruction by reason of age or graduation (Application of a Child with a Disability, Appeal No. 05-096; Application of a Child with a Disability, Appeal No. 04-054; Application of the Bd. of Educ., Appeal No. 02-047; Application of a Child with a Disability, Appeal No. 02-042; Application of a Child with a Disability, Appeal No. 02-030).

Based upon my review of the record, I find that a gross violation of FAPE was committed by the department for the 2008-2009 and 2009-2010 school years. Therefore, I agree with the parent's attorney that the student is entitled to and has the opportunity to receive the additional services requested. The parent's credible testimony along with exhibits nine, ten, twelve, fourteen and twenty-two, establish the student's delays and lack of progress. Further, the record establishes that the student's classification has been changed numerous times. The department presents no evidence and no witnesses in this matter.

Further, the record substantiates that the student has not been properly evaluated. Exhibits twelve, fourteen and fifteen improperly classify with the non-existent classification of "mentally deficient". A category that does not exist under the IDEA or any applicable New York State Law provisions. The fact that such improper classification was repeated in more than one IEP is proof that the department failed to properly develop an appropriate IEP over a substantial period of time.

Moreover, a review of exhibit fourteen reveals that the IEP team of March 17, 2007 was not properly composed. Said IEP team did not have a special education teacher, a district representative, a parent or a parent member. Said IEP team clearly was missing mandatory members of the team. This evidence further corroborates the parent's argument that the department has not only failed to provide FAPE to this student but failed to develop an appropriate IEP and properly classify this student over a number of years. Furthermore, the parent did not attend the CSE meeting that resulted in exhibits

Hearing Officer's Findings of Fact and Decision

Case No. 125343

5

---

fourteen and fifteen; therefore said IEP's were developed without meaningful participation of a key CSE member, the parent.

Clearly, as a result of the above-noted discussion, the student has been deprived of instruction over a substantial period of time which the department does no refute. Although it is alleged by the parent that the student was not provided with numerous speech therapy sessions, the department fails to present any evidence to rebut and or counter said argument. On the basis of exhibits sixteen and twenty-two, it appears that the student has missed at least one hundred and ninety-eight hours of speech therapy.

Furthermore, to remedy the denial of FAPE and the lack of instruction and services, under these circumstances, the parent seeks additional services of private tutoring. The record reveals that the student has poor reading and writing skills (Exhibit 30). The parent requests three hundred and sixty hours of private tutoring at the rate of one hundred ten dollars per hour. However, the parent does not submit any evidence to justify the requested enhanced rate, inclusive of a particular provider, for said private tutoring. Therefore, the private tutoring will be provided at the department rate.

Thus, I direct the department to provide the student with the additional services, noted above to allow him to make up for instruction and services that he missed. Thus, the student is to be provided with up to one hundred and ninety-eight hours of speech and language therapy and three hundred and sixty hours of private tutoring, to commence from the date of this decision until June 30, 2012. The private tutoring is to be provided at the department rate. If necessary, the department is to provide the parent with a Related Services Authorization (RSA) so that she may acquire the necessary additional services noted above.

Lastly, pursuant to the parent's request, a duly constituted CSE team is to reconvene, within two-three weeks, and said CSE team is to consider all evaluations and also consider a deferral to CBST for placement/program and/or the School for Language and Development as a proposed placement. The parent further requests that the student be placed at the School for Language and Communication Development. However, the record is devoid of any evidence to substantiate the appropriateness of said placement.

Hearing Officer's Findings of Fact and Decision

6

Case No. 125343

The parent did not testify as to the proposed school nor was any other witness presented to testify to such. There is no documentary evidence to substantiate the appropriateness of the proposed placement. Therefore, the CSE team is to consider said potential placement. It is hereby:

So Ordered,

The department is to provide the student, as compensatory education, with up to one hundred and ninety-eight hours of speech and language therapy and three hundred and sixty hours of private tutoring, to commence from the date of this decision until June 30, 2012. The private tutoring is to be provided at the department rate. Also, a duly constituted CSE team is to reconvene, within two-three weeks, to develop an appropriate IEP. Said CSE team is to consider all evaluations and also consider a deferral to CBST for placement/program and/or the School for Language and Development as a proposed placement. If necessary, the department is to provide the parent with an RSA so that she may acquire the necessary additional services noted above.

Dated: December 30, 2010

RALPH PENNINGTON, JR., ESQ
Impartial Hearing Officer

RPJ:jj

Hearing Officer's Findings of Fact and Decision

7

Case No.  125343

---

## PLEASE TAKE NOTICE

Within 35 days of the date of this decision, the parent and/or the New York City Department of Education has a right to appeal the decision to the State Review Officer of the New York State Education Department under Section 4404 of the Education Law and the Individuals with Disabilities Education Act.

"The notice of intention to seek review shall be served upon the school district not less than 10 days before service of a copy of the petition for review upon such school district, and within 25 days from the date of the decision sought to be reviewed.  The petition for review shall be served upon the school district within 35 days from the date of the decision sought to be reviewed.  If the decision has been served by mail upon petitioner, the date of mailing and the four days subsequent thereto shall be excluded in computing the 25- or 35-day period." (8NYCRR279.2[b])  Failure to file the notice of intention to seek review is a waiver of the right to appeal this decision.

Directions and sample forms for filing an appeal are included with this decision.  Directions and forms can also be found in the Office of State Review website:  www.sro.nysed.gov/appeals.htm.

Hearing Officer's Findings of Fact and Decision                                8

Case No.  125343

---

## DOCUMENTATION ENTERED INTO RECORD

### PARENT

1    Connor's Teacher's Rating Scale, 2003, 4 pp.
2    Social History, 2003, 3 pp.
3    Psycho-Educational Evaluation, 1/12/2004 and 2/04/2004, 3 pp.
4    Psycho-Educational Evaluation, 1/12/2004 and 2/04/2004, 2 pp.
5    Speech and Language Evaluation 2004, 4 pp.
6    Structured Classroom Observation Record, 004, 3 pp.
7    IEP, 2/25/2004, 13 pp.
8    IEP, 1/11/2005, 10 pp.
9    Speech and Language Progress Report, 3/01/2005, 1 p.
10   IEP, 3/10/2005, 18 pp.
11   Interim Service Plan, 2005, 2 pp.
12   IEP, 3/17/2006, 14 pp.
13   IEP, 3/17/2006, 14 pp.
14   IEP, 3/17/2007, 15 pp.
15   IEP, 3/20/2008, 13 pp.
16   IEP, 11/13/2008, 13 pp.
17   Social History, 2009, 4 pp.
18   Parent's Letter to Department, Undated, 1 p.
19   Teacher's Progress Report, 2009, 4 pp.
20   Functional Behavioral Assessment 2009, 7 pp.
21   Psycho-Educational Evaluation, 9/25/2009, 17 pp.
22   IEP, 10/02/2009, 12 pp.
23   Audiological Evaluation Results 3/30/2010, 1 p.
24   Speech Evaluation Summary 2010, 5 pp.
25   Speech Evaluation Full Report 2010, 13 pp.
26   Progress Reports, 2010, 4 pp.
27   Psychiatric Report, 5/27/2010, 27 pp.
28   Neuropsychological Evaluation Report, 4/26/2010, 10 pp.
29   Results of ENT, 08/18/2010, 1 p.

### POST HEARING

30   IEP, 8/10/10, 14 pp.

Version: 02/05/2009

| STUDENT NAME | IHO CASE NUMBER | PARENT/GUARDIAN NAME | | |
|---|---|---|---|---|
| ███████ | 125343 | ███████ | | |

| ORDER(S) | REQUESTED | COMPLETED | FINAL | AMENDED |
|---|---|---|---|---|
| SERVICE | YES | NO | Locked by Ralph Pennington, Jr. on 12/29/2010 2:35:23 PM | and Locked by Ralph Pennington, Jr. on 12/29/2010 2:42:22 PM |
| REIMBURSEMENT | NO | N/A | | |
| PAYMENT | YES | | Locked by Ralph Pennington, Jr. on 12/29/2010 2:35:23 PM | and Locked by Ralph Pennington, Jr. on 12/29/2010 2:42:23 PM |

# PAY ORDER

| STUDENT NAME | IHO CASE NO. | PARENT/GUARDIAN NAME |
|---|---|---|
| ███████ | 125343 | ███████ |

## The New York City Department of Education (DOE) is directed to PAY

## IT IS FURTHER DIRECTED THAT

Dept. to fund and/or provide the parent with an RSA for the additional services of 198 hours of speech therapy and 360 hours of private tutoring. Private tutoring to be at Board rate. Properly constituted CSE team to reconvene within 2-3 weeks and to consider all evaluations, consider deferal to CBST and proposed placement of SLCD, and devise an appropriate IEP.

**Dated:** _____1/4/11_____          **So Ordered:**

Finalized and Locked by Ralph
Pennington, Jr. on 12/29/2010
2:35:23 PM

**Ralph Pennington, Jr.**
Impartial Hearing Officer Name

4th Time Finalized and Locked by
Ralph Pennington, Jr. on 12/29/2010
2:42:23 PM

_Ralph Pennington, Jr., Esq._
Impartial Hearing Officer Signature

### PROOF OF SERVICE PROVISION

**A** Contract between school/provider & record of service
   a1 - Contract between parent and school/provider
   a2 - Record of attendance/service
**B** Invoice for tuition/service on school/provider letterhead and record of attendance/service (if applicable)
   b1 - Invoice for tuition/service on school/provider letterhead
   **b2** - Record of attendance/service
**C** School affidavit certifying cost and enrollment/service period
**D** Copy of independent evaluation report with date of service
**E** Daily transportation log identifying destination
**X** Other service document
**NO** DOE will reimburse parent upon submission of documents supporting the **provision of service**.

| STUDENT NAME | IHO CASE NO | PARENT/GUARDIAN NAME |
|---|---|---|
|  | 125343 |  |

SERVICE

4th Time Finalized and Locked by Ralph Pennington, Jr. on 12/29/2010 2:42:23 PM

2nd Time Finalized and Locked by Ralph Pennington, Jr. on 6/21/2010 3:17:41 PM

PAYMENT

4th Time Finalized and Locked by Ralph Pennington, Jr. on 12/29/2010 2:42:23 PM

Dated:

Ralph Pennington, Jr.

Impartial Hearing Officer Name

So Ordered:

Impartial Hearing Officer Signature

## PLEASE TAKE NOTICE

Within 35 days of the date of this decision, the parent and/or the New York City Department of Education has a right to appeal the decision to the State Review Officer of the New York State Education Department under Section 4404 of the Education Law and the Individuals with Disabilities Education Act.

"The notice of intention to seek review shall be served upon the school district not less than 10 days before service of a copy of the petition for review upon such school district, and within 25 days from the date of the decision sought to be reviewed. The petition for review shall be served upon the school district within 35 days from the date of the decision sought to be reviewed. If the decision has been served by mail upon petitioner, the date of mailing and the four days subsequent thereto shall be excluded in computing the 25- or 35-day period." (8NYCRR279.2[b]) Failure to file the notice of intention to seek review is a waiver of the right to appeal this decision.

Directions and sample forms for filing an appeal are included with this decision. Directions and forms can also be found in the Office of State Review website: www.sro.nysed.gov/appeals.htm.

# EXHIBIT C

**Lincoln Square Legal Services, Inc.**
33 West 60th Street
Third Floor
New York, N.Y. 10023-7485

Date: 11/05/2012

Regarding: ███████  In Re ███████
Invoice No:  01014

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 10/07/2009 | STS1 | Conference Talked with Michelle regarding case. Had a conversation with Josh regarding case. | 1.50 | $150.00 | No Charge |
| 10/08/2009 | STS1 | Document Review - Review of IEP and researched unrecognized classification "mentally deficient" | 3.75 | $150.00 | No Charge |
| 10/09/2009 | STS1 | Conference phone conference josh game plan | 1.00 | $150.00 | No Charge |
| 10/09/2009 | STS1 | Document Review more of IEP review of Special education materials from class lecture, and review of parent guide to special education | 4.00 | $150.00 | $600.00 |
| 10/09/2009 | STS1 | Review of IEP, review of special education procedures and regulations | 1.00 | $150.00 | $150.00 |
| 10/13/2009 | STS1 | Meeting - Supervision Supervision meeting. Discuss meeting with client | 2.00 | $150.00 | No Charge |
| 10/14/2009 | STS1 | Conference -Conference call between team members regarding client meeting | 0.75 | $150.00 | $112.50 |
| 10/14/2009 | STS1 | Document Review - Review interview questions and statutes for client meeting | 2.00 | $150.00 | $300.00 |
| 10/15/2009 | STS1 | Document Review -Review documents for meeting with client reprint business cards | 1.00 | $150.00 | No Charge |
| 10/15/2009 | STS1 | Interview with client | 1.50 | $150.00 | $225.00 |
| 10/15/2009 | STS1 | Meeting - In Office Meeting with team in | 12.00 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.
Page No.:     2

office post interview for wrap up and
discussion/ debrief

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/16/2009 | STS1 | Document review and and research on special education generally, statutes and definitions | 4.50 | $150.00 | $675.00 |
| 10/19/2009 | STS1 | Research | 2.25 | $150.00 | No Charge |
| 10/20/2009 | STS1 | Meeting - Student Team | 0.75 | $150.00 | No Charge |
| 10/21/2009 | STS1 | Meeting - Supervision | 1.00 | $150.00 | No Charge |
| 10/21/2009 | STS1 | Meeting - Student Team | 0.82 | $150.00 | No Charge |
| 10/22/2009 | STS1 | Research on topics for memo this week. mandatory school kick out of child etc. | 3.50 | $150.00 | No Charge |
| 10/23/2009 | STS1 | Document Drafting memo for class | 2.00 | $150.00 | No Charge |
| 10/23/2009 | STS1 | Conferences with Kasi/josh/ Prof. Hill to set up call to Mr. Torres. Ultimately call was not answered as Mr. Torres was unavailable.  Team conferencing in between. | 1.00 | $150.00 | No Charge |
| 10/26/2009 | STS1 | Meeting - In Office meeting via conference call with josh attempt to call Mr. Torres | 0.50 | $150.00 | No Charge |
| 10/27/2009 | STS1 | Document Drafting Memo to file | 7.25 | $150.00 | No Charge |
| 10/28/2009 | STS1 | Meeting - Supervision | 1.25 | $150.00 | No Charge |
| 10/28/2009 | STS1 | Document Drafting - Draft Memo | 2.00 | $150.00 | No Charge |
| 10/28/2009 | STS1 | Team meeting - Called Mr. Torres and school teacher of ██████ | 2.00 | $150.00 | $300.00 |
| 10/30/2009 | STS1 | Other Scan memos into TM. | 1.00 | $150.00 | No Charge |
| 10/30/2009 | STS1 | Conference with Kasi regarding Client and attempt to call Client. | 0.50 | $150.00 | No Charge |
| 10/30/2009 | STS1 | Special Education research | 2.00 | $150.00 | No Charge |
| 11/03/2009 | STS1 | Call to client; call to school resend fax | 2.00 | $150.00 | $300.00 |

Lincoln Square Legal Services, Inc.

Page No.:   3

| | | | | | |
|---|---|---|---|---|---|
| 11/03/2009 | STS1 | Conference - Call with josh regarding case | 1.08 | $150.00 | No Charge |
| 11/03/2009 | STS1 | Review all records, continue research, revise FAPE memo | 3.50 | $150.00 | $525.00 |
| 11/04/2009 | STS1 | Meeting - Supervision | 1.00 | $150.00 | No Charge |
| 11/05/2009 | STS1 | Meeting with school officials | 2.00 | $150.00 | $300.00 |
| 11/05/2009 | STS1 | Conference - Meeting with professor Hill and Josh draft Chron note | 1.00 | $150.00 | No Charge |
| 11/06/2009 | STS1 | Review of additional school records, continue drafting of memo, and research on independent evaluations | 3.00 | $150.00 | $450.00 |
| 11/06/2009 | STS1 | Conference - Conference call with team to plan for meeting Monday | 0.00 | $150.00 | No Charge |
| 11/06/2009 | STS1 | Draft of retainer agreement | 1.00 | $150.00 | $150.00 |
| 11/09/2009 | STS1 | Preparation for client meeting | 1.00 | $150.00 | $150.00 |
| 11/09/2009 | STS1 | Client Meeting in office | 2.50 | $150.00 | $375.00 |
| 11/10/2009 | STS1 | Review of documents, review of 8NYCRR 200, draft of letter to CSE | 4.00 | $150.00 | $600.00 |
| 11/11/2009 | STS1 | Meeting - Student Team | 1.00 | $150.00 | No Charge |
| 11/12/2009 | LAH | Meeting - Supervision with ███ team to discuss strategy | 1.00 | $400.00 | $400.00 |
| 11/12/2009 | STS1 | Meeting - Supervision | 1.00 | $150.00 | No Charge |
| 11/17/2009 | STS1 | Draft complaint, complete FAPE memos | 5.00 | $150.00 | $750.00 |
| 11/18/2009 | STS1 | Draft of complaint | 2.00 | $150.00 | No Charge |
| 11/18/2009 | STS1 | Meeting - Supervision | 1.00 | $150.00 | No Charge |
| 11/19/2009 | STS1 | Further draft complaint | 6.00 | $150.00 | $900.00 |
| 11/20/2009 | STS1 | Document Drafting | 1.50 | $150.00 | No Charge |
| 11/20/2009 | STS1 | Sign complaint, and met with client to have her sign complaint | 1.00 | $150.00 | $150.00 |

Lincoln Square Legal Services, Inc.

Page No.:     4

| Date | | Description | Hours | Rate | Charge |
|------|------|-------------|-------|------|--------|
| 11/23/2009 | STS1 | Conference with Josh / document review for case | 1.50 | $150.00 | No Charge |
| 11/24/2009 | STS1 | Phone call to CSE, review of documents folder | 1.00 | $150.00 | $150.00 |
| 11/24/2009 | STS1 | Draft memo | 2.00 | $150.00 | No Charge |
| 12/01/2009 | STS1 | Calls to various offices, messages, update chron notes etc. | 3.00 | $150.00 | No Charge |
| 12/03/2009 | STS1 | Call with B.W. CSN | 0.33 | $150.00 | $49.50 |
| 12/03/2009 | STS1 | Call to CSN board, finish file papers | 0.50 | $150.00 | No Charge |
| 12/07/2009 | STS1 | Conference with Professor Hill and Josh with call to client | 1.50 | $150.00 | $225.00 |
| 12/08/2009 | LAH | Meeting - In Office: Resolution Meeting | 1.00 | $400.00 | $400.00 |
| 1/18/2010 | AA9 | Document Review  Went over client's file. | 4.50 | $150.00 | No Charge |
| 1/19/2010 | AA9 | Case review and Analysis -  Looked through case notes and documents to review and gain familiarity with claims at issue in the ████ matter. | 3.00 | $150.00 | $450.00 |
| 1/19/2010 | AA9 | Meeting - Student Team  Met with Rachel and Kasi to introduce ourselves, exchange numbers and briefly discuss the case. | 1.00 | $150.00 | No Charge |
| 1/19/2010 | RWU | Document Review | 3.50 | $150.00 | No Charge |
| 1/20/2010 | AA9 | Document Review  Went over the Client's Claims (the Final Draft) and the status memo. | 0.75 | $150.00 | No Charge |
| 1/20/2010 | AA9 | Meeting - Supervision  Met with team and Professor Hill to discuss goals and a plans in the near future regarding client. | 0.50 | $150.00 | No Charge |
| 1/20/2010 | RWU | Document review and legal research concerning impartial hearings | 3.17 | $150.00 | $475.50 |
| 1/20/2010 | RWU | Meeting - Supervision | 2.42 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.

Page No.:     5

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/24/2010 | AA9 | Document Review  Continued to look over documents. | 1.00 | $150.00 | No Charge |
| 1/24/2010 | AA9 | Document Review  Continued to get more familiarized with case. | 1.50 | $150.00 | No Charge |
| 1/25/2010 | AA9 | Other  Discuss with Rachel how we want to proceed with the hearing. Wrote an e-mail with her to Donna of Black Pennington Law about adjourning the hearing.  Started research on Mediation. | 2.00 | $150.00 | $300.00 |
| 1/25/2010 | AA9 | Research on Mediation.  Began writing a Mediation memo. | 0.75 | $150.00 | $112.50 |
| 1/25/2010 | AA9 | Meeting - Supervision  Met with Family Advocacy Clinic for Weekly Supervisory Meeting. | 1.25 | $150.00 | No Charge |
| 1/25/2010 | AA9 | Met with team to discuss plan for representing client. Contacted Ms. ▓▓▓▓▓▓ to set up a client meeting. | 0.50 | $150.00 | $75.00 |
| 1/25/2010 | RWU | Research into the client's Due Process rights and memo on rights. Called client about additional availabilities for a hearing date. | 5.00 | $150.00 | $750.00 |
| 1/25/2010 | RWU | Meeting - In Office | 2.00 | $150.00 | No Charge |
| 1/26/2010 | AA9 | Other  Worked on filling out mediation form with Rachel.  Want to discuss form with ▓▓▓▓▓▓ at client meeting tomorrow and make sure that we receive her consent.  Contacted Bob Woods.  Started to prepare agenda for Client Meeting tomorrow. | 2.25 | $150.00 | No Charge |
| 1/26/2010 | AA9 | Team meeting to prepare for Client Meeting.was very helpful. | 1.00 | $150.00 | $150.00 |
| 1/26/2010 | AA9 | Other  Finished prep questions for Client Meeting 01.27.09. | 0.50 | $150.00 | $75.00 |
| 1/26/2010 | RWU | Contacted ▓▓▓▓▓▓ case manager and Bob Woods today. Drafted a request for mediation. We also made the agenda for the client meeting with ▓▓▓▓▓▓ | 3.50 | $150.00 | $525.00 |

Lincoln Square Legal Services, Inc.
Page No.:     6

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/27/2010 | AA9 | Telephone conference with Bill Woods (DOE representative) to work out a partial agreement. | 0.80 | $150.00 | $120.00 |
| 1/27/2010 | AA9 | Meeting in Office - Client meeting with ███ | 1.50 | $150.00 | $225.00 |
| 1/27/2010 | RWU | Phone Call to B. Woods and wrote a summary of the meeting with █ ███ | 2.72 | $150.00 | No Charge |
| 1/27/2010 | RWU | Meeting - In Office | 1.50 | $150.00 | No Charge |
| 1/28/2010 | AA9 | Other  Read over/edited/added to Rachel's draft of client meeting.  Found Resolution agreement in TM (was in file bin but was never added to TM).  Uploaded to TM. | 1.00 | $150.00 | No Charge |
| 1/31/2010 | AA9 | Other Wrote Supervisory Meeting Agenda for 02.01.10. | 0.75 | $150.00 | No Charge |
| 2/01/2010 | AA9 | Conference with team dissect the claims of the case and to initialize research for supporting documents, law and witnesses | 0.50 | $150.00 | $75.00 |
| 2/01/2010 | AA9 | Other Prepared summary of supervisory meeting. | 1.00 | $150.00 | No Charge |
| 2/01/2010 | AA9 | Meeting - Student Team  Met to discuss our agenda. | 0.50 | $150.00 | No Charge |
| 2/02/2010 | AA9 | Meeting - Supervision  Met to discuss agenda and goals for the week. | 1.00 | $150.00 | No Charge |
| 2/02/2010 | AA9 | Legal Research of claims for supporting documents, case law, and potential expert witnesses | 1.50 | $150.00 | $225.00 |
| 2/03/2010 | AA9 | Contacted Bill Woods about the Independent Evaluations and how they are paid for.  We also discussed implementing a plan after each evaluation is done | 0.50 | $150.00 | $75.00 |
| 2/03/2010 | AA9 | Other The team discussed how to proceed with Professor Hill. | 0.50 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.

Page No.:   7

| 2/03/2010 | AA9 | Legal research regarding NY regulations and client's son, ███ classifications | 2.50 | $150.00 | $375.00 |
|---|---|---|---|---|---|
| 2/03/2010 | AA9 | Meeting - Student Team  Met with Kasi because we couldn't meet with her on Monday.  We discussed her updates and concerns.  She told us she wanted to know how the evaluations are paid for.  She told us she was trying to get in contact with Michelle Crichelow. We discussed with her what was going on with the partial agreement. | 0.50 | $150.00 | No Charge |
| 2/03/2010 | RWU | Research - Dissected the claims, called Bob Woods, discussed call with Professor Hill, team meeting, called ███ school, went through hardcopy records | 5.25 | $150.00 | No Charge |
| 2/03/2010 | RWU | Research - Dissected claims, team meeting, called Bob Woods, met with Professor Hill to discuss phone call, called ███ school, went through hardcopy records | 5.17 | $150.00 | No Charge |
| 2/05/2010 | AA9 | Phone calls to obtain ███ Fall 2007 IEP | 0.50 | $150.00 | $75.00 |
| 2/07/2010 | AA9 | Dissection of claims | 0.50 | $150.00 | $75.00 |
| 2/07/2010 | RWU | Meeting - Supervision - Prepared Agenda for the week. | 1.08 | $150.00 | No Charge |
| 2/07/2010 | RWU | Document Review dissecting claims | 0.00 | $150.00 | $0.00 |
| 2/08/2010 | AA9 | Researched payment for Independent evaluations. | 1.00 | $150.00 | No Charge |
| 2/08/2010 | AA9 | Further dissection of claims | 1.25 | $150.00 | $187.50 |
| 2/08/2010 | AA9 | Meeting - Student Team, Met with team to discuss goals and report on issues we divided.  We also discussed what we plan to talk about on Wednesday, i.e. types of outcomes to expect from the evaluations and how we plan to proceed from there.  We also discussed compiling our documents for the claims. | 1.00 | $150.00 | $150.00 |
| 2/08/2010 | AA9 | Meeting - Supervision | 2.37 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.

Page No.:    8

| | | | | | |
|---|---|---|---|---|---|
| 2/08/2010 | RWU | Meeting - Student Team | 1.08 | $150.00 | No Charge |
| 2/08/2010 | RWU | Meeting - Supervision - Supervisory Meeting and team meeting afterwards | 2.37 | $150.00 | No Charge |
| 2/10/2010 | AA9 | Document Review  Reviewed Kasi's recently uploaded TM documents (on ADHD).  Worked on provided support for claims. | 1.63 | $150.00 | No Charge |
| 2/10/2010 | AA9 | Research regarding support for claims in complaint. | 1.50 | $150.00 | $225.00 |
| 2/10/2010 | AA9 | Research of the IEP process using the Standard Operating Procedure provided by the DOE | 1.50 | $150.00 | $225.00 |
| 2/10/2010 | AA9 | Meeting - Student Team  Snow Day:  Had a three way conference call with Rachel and Kasi.  We discussed projects we were working on and plans for the week. | 0.58 | $150.00 | No Charge |
| 2/10/2010 | AA9 | Research on the costs of Independent Evaluations | 1.72 | $150.00 | $258.00 |
| 2/10/2010 | RWU | Document Review, Claim Dissection | 2.92 | $150.00 | No Charge |
| 2/12/2010 | AA9 | Document Drafting; Discussed with Professors cost of Independent Evaluators as well as terms of Partial Agreement; contacted Bill Woods about the agreement and our terms.  Drafted Partial Agreement and sent to bill woods. | 2.85 | $150.00 | No Charge |
| 2/12/2010 | AA9 | Wrote Memo on Independent Evaluators, billing procedures, forms that circulate between the parent, DOE, and independent provider and more. | 3.08 | $150.00 | $462.00 |
| 2/15/2010 | AA9 | Meeting - Student Team; Met with team to discuss possible diagnoses for ▓▓▓▓ (used the small DSM book) as well as ways to respond to these diagnoses.  Discussed the Independent Evaluation sites with Kasi as well as our plans for the week. | 1.70 | $150.00 | $255.00 |

Lincoln Square Legal Services, Inc.

Page No.:     9

| | | | | | |
|---|---|---|---|---|---|
| 2/15/2010 | AA9 | Other  Worked on claim dissection (peer reviewed Rachel's claims). | 0.67 | $150.00 | No Charge |
| 2/15/2010 | AA9 | Other Reviewed/Editing Rachel's dissection of claims.  Also reviewed Kasi's document about Independent Evaluations. | 2.25 | $150.00 | No Charge |
| 2/15/2010 | RWU | Other: Wrote up Supervisory Meeting Summary for 2/8/20010 | 0.75 | $150.00 | No Charge |
| 2/15/2010 | RWU | Meeting - Student Team, Met with team to discuss possible diagnoses for ▆▆▆ | 1.75 | $150.00 | No Charge |
| 2/16/2010 | AA9 | Claim dissection | 3.12 | $150.00 | $468.00 |
| 2/16/2010 | AA9 | Other   Reviewed Kasi's agenda/added to agenda. | 0.25 | $150.00 | No Charge |
| 2/16/2010 | RWU | Document Review: Reviewed Alex's claim dissection | 2.58 | $150.00 | No Charge |
| 2/17/2010 | AA9 | Research  Conducted research on time constraints for independent evaluations. | 1.00 | $150.00 | No Charge |
| 2/17/2010 | AA9 | Meeting - Supervision  Met with entire Family Ad Clinic team to discuss cases. | 1.00 | $150.00 | No Charge |
| 2/17/2010 | AA9 | Other  Went over Kasi's notes from our supervision meeting. | 0.08 | $150.00 | No Charge |
| 2/17/2010 | RWU | Meeting - Supervision | 2.00 | $150.00 | No Charge |
| 2/18/2010 | RWU | Document Review:looking Alex's and my own claim dissections. | 3.25 | $150.00 | No Charge |
| 2/19/2010 | AA9 | Research  Researched time constraints for independent evaluations. | 2.00 | $150.00 | No Charge |
| 2/20/2010 | RWU | Other: made changes to agenda | 0.53 | $150.00 | No Charge |
| 2/21/2010 | AA9 | Other  Drafted supervision agenda for the week. | 1.00 | $150.00 | No Charge |
| 2/21/2010 | AA9 | --- | 1.00 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.

Page No.:   10

| | | | | | |
|---|---|---|---|---|---|
| 2/22/2010 | AA9 | Meeting - Supervision | 0.75 | $150.00 | No Charge |
| 2/22/2010 | AA9 | Telephone Call | 0.17 | $150.00 | No Charge |
| 2/22/2010 | AA9 | Meeting - Student Team  Met with team to discuss agenda for the week. | 0.50 | $150.00 | No Charge |
| 2/22/2010 | RWU | Meeting - Student Team, met with team to discuss weekly agenda, goals, and summary | 0.37 | $150.00 | No Charge |
| 2/22/2010 | RWU | Other: Prepared for Supervisory meeting by talking to other team members | 0.50 | $150.00 | No Charge |
| 2/22/2010 | RWU | Other: Called Bob Woods twice, looked over Alex and my own claim dissection documents | 2.25 | $150.00 | No Charge |
| 2/22/2010 | RWU | Meeting - Student Team, Met with Team to talk about possible diagnoses for ▅▅▅ | 1.75 | $150.00 | No Charge |
| 2/22/2010 | RWU | Meeting - Supervision: Weekly Supervisory Meeting | 0.75 | $150.00 | No Charge |
| 2/23/2010 | AA9 | Received, reviewed and noted changes/amendments within the new partial resolution agreement provided by Mr. Woods via e-mail | 0.67 | $150.00 | $100.50 |
| 2/23/2010 | AA9 | Conference with team and supervising attorney Leah Hill to discuss changes proposed in the new partial agreement from Mr. Woods and to draft a new partial agreement in response | 1.00 | $150.00 | $150.00 |
| 2/23/2010 | RWU | Correspondence: called bob woods, talked to professors | 1.00 | $150.00 | No Charge |
| 2/24/2010 | AA9 | Client Interview | 2.25 | $150.00 | $337.50 |
| 2/24/2010 | LAH | Meeting - In Office: Meeting with students to discuss strategies for client meeting | 0.17 | $400.00 | $68.00 |
| 2/24/2010 | RWU | Meeting - In Office: Met with Professor Hill to talk about client meeting | 0.17 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.

Page No.:   11

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/24/2010 | RWU | Meeting - Outside of Office: Met with client ▮▮▮▮ at her residence to review and discuss the partial agreement and obtain her signature. | 1.42 | $150.00 | $213.00 |
| 2/24/2010 | RWU | Other: Wrote up Client Meeting Summary.  See Chron Notes. | 0.42 | $150.00 | No Charge |
| 2/25/2010 | AA9 | Other  Type up post-supervision notes for 02.22.10.  Sent to team for review and awaiting to hear back from them. Will then send to professors. | 1.00 | $150.00 | No Charge |
| 2/26/2010 | AA9 | Worked on claims dissection. | 0.50 | $150.00 | No Charge |
| 2/26/2010 | AA9 | Other Went over agenda for March 1. | 0.50 | $150.00 | No Charge |
| 2/26/2010 | RWU | Meeting - Supervision: Wrote up Agenda for the week of 3/1/10 | 1.25 | $150.00 | No Charge |
| 2/27/2010 | RWU | Correspondence: Talked to Housing Clinic intern about ▮▮▮▮ housing issue and emailed team members with updates about the housing issue. | 1.25 | $150.00 | No Charge |
| 3/01/2010 | AA9 | Other Reviewed Kasi's report. | 0.58 | $150.00 | No Charge |
| 3/01/2010 | AA9 | Other  Worked on claim dissection. | 0.42 | $150.00 | No Charge |
| 3/01/2010 | AA9 | Other Researched case law. Shepardized Rowley and checked similar cases. | 0.50 | $150.00 | No Charge |
| 3/01/2010 | AA9 | Meeting - Supervision | 1.33 | $150.00 | No Charge |
| 3/01/2010 | AA9 | Legal research of case law, including the case of Rowley | 0.50 | $150.00 | $75.00 |
| 3/01/2010 | AA9 | Telephone Call to B. W.  regarding obtaining authorizations so independent evaluations can proceed. He will send forms to us. | 0.25 | $150.00 | No Charge |
| 3/01/2010 | AA9 | Claim dissection. | 1.33 | $150.00 | No Charge |
| 3/01/2010 | RWU | Meeting - Supervision: met with whole clinic to hear updates about each others' cases, team meeting afterwards to talk about how to proceed, and called Bob Woods to check on status of the | 2.27 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.

Page No.:    12

authorization forms.

| | | | | | |
|---|---|---|---|---|---|
| 3/01/2010 | RWU | Document Editing: revised and edited last week's supervisory meeting summary that Alex wrote up | 0.75 | $150.00 | No Charge |
| 3/03/2010 | AA9 | Document Drafting/Phone Call: Contacted DOE and spoke to Victor Sawyer about missing 2007 IEP. He called me back and said they had various documents. Found old copy of release consent form signed by Mrs. ▮▮▮▮▮ originally sent to MS 247. I wrote a cover letter for this form asking the Department of Education to release all IEPs and evaluations. Faxed this form to the DOE. Looked over Rachel's consent agreement for IEE's and edited. | 3.00 | $150.00 | $450.00 |
| 3/03/2010 | RWU | Document Drafting: Wrote up the release form for providers and typed up the supervisory meeting summaries. | 2.17 | $150.00 | No Charge |
| 3/04/2010 | AA9 | Other  Wrote Supervision Agenda for 03.08.10 | 1.17 | $150.00 | No Charge |
| 3/04/2010 | AA9 | Telephone Call  Called V. Sawyer to see if the DOE received fax. He said they did and they would have the papers by the end of the day. | 0.17 | $150.00 | $25.50 |
| 3/05/2010 | AA9 | Conducted analysis of ▮▮▮▮▮ IEPs | 0.50 | $150.00 | $75.00 |
| 3/05/2010 | AA9 | Research  Went over research Prof. Hill gave us. Look over edits of agenda by team. made a few more changes and posted. | 0.67 | $150.00 | No Charge |
| 3/05/2010 | RWU | Document Review: Amended claim dissection, reviewed weekly supervisory agenda, emailed Bob Woods about getting an e-copy of the authorization forms. | 3.32 | $150.00 | No Charge |
| 3/07/2010 | AA9 | Other Began formulating questions I had about the IEP | 1.23 | $150.00 | No Charge |
| 3/08/2010 | AA9 | Document Review  After phone call from evaluation place, reviewed evaluation reports. | 3.50 | $150.00 | $525.00 |

Lincoln Square Legal Services, Inc.

Page No.:   13

| | | | | | |
|---|---|---|---|---|---|
| 3/08/2010 | AA9 | Meeting - Student Team  Met with Kasi to discuss what we need to work on for the week. | 1.00 | $150.00 | No Charge |
| 3/08/2010 | AA9 | Meeting - Supervision  Met with FAC to discuss case. | 1.00 | $150.00 | No Charge |
| 3/08/2010 | AA9 | Received Assessment Authorization forms from Woods. Contacted independent providers about AA's. | 2.50 | $150.00 | $375.00 |
| 3/09/2010 | AA9 | Telephone Conference  Called various providers to follow up with the faxes sent on Monday. | 0.25 | $150.00 | $37.50 |
| 3/10/2010 | AA9 | Reviewed the new IEP's and evaluations sent by the DOE | 1.25 | $150.00 | $187.50 |
| 3/10/2010 | AA9 | Telephone Call  Called ███████ to see her availability for the week. Discussed with team our plans for dividing up work for the break. Contacted the IEE's.  Set up an appointment for ██████ for the Medical Evaluation. | 1.00 | $150.00 | $150.00 |
| 3/10/2010 | RWU | Correspondence: Gave teammates updates during spring break and getting updates from them | 1.08 | $150.00 | No Charge |
| 3/10/2010 | RWU | Telephone Call: Conference call to client ██████ to discuss case status and upcoming developments | 0.30 | $150.00 | $45.00 |
| 3/10/2010 | RWU | Document Review: Reviewed ██████ 2007 IEP | 0.25 | $150.00 | No Charge |
| 3/10/2010 | RWU | Document Review: Organized the new documents we got with Alex and reviewed the 2008 IEPs | 1.67 | $150.00 | No Charge |
| 3/10/2010 | RWU | Document Review: Continued reviewing the 2008 IEP | 0.40 | $150.00 | No Charge |
| 3/12/2010 | AA9 | Other  Contacted one of the independent providers for the status of AA2 forms we sent her on Monday. This specific place is providing 3 evaluations and she had the info for 2 | 1.75 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.
Page No.:   14

(psych/neuropsych), so I asked her to just send those over for now.  She said the audiological would be here soon. Continued to work on Cruz's timeline. Also, met with Kasi for roughly 30 mins to relay my information about what appointments I had made etc. and then she updated me about her conversation with Michelle and other things we would want to look into for the case.

| | | | | | |
|---|---|---|---|---|---|
| 3/12/2010 | AA9 | Telephone Call  Received call from Ms. Nancy Geller from the Center for Hearing and Communication.  Set up an appointment for 1:00 on Monday, March 29, 2010. | 0.12 | $150.00 | $18.00 |
| 3/12/2010 | RWU | Document Review: Read over the new IEPs that the DOE sent us during the week. | 2.17 | $150.00 | No Charge |
| 3/17/2010 | AA9 | Telephone Call Contacted Citicare office regarding the AA-2 Forms.  Spoke with Dr. Darku. | 0.17 | $150.00 | $25.50 |
| 3/17/2010 | RWU | Correspondence: Talked Housing Interns about ▮▮▮▮▮▮ Housing Issue | 0.67 | $150.00 | No Charge |
| 3/18/2010 | AA9 | Other  Re-faxed AA-2s to Dr. Darku. Wrote up team agenda for 03.22.10. | 1.25 | $150.00 | No Charge |
| 3/19/2010 | RWU | Document Drafting: Wrote up Supervisory Agenda | 1.25 | $150.00 | No Charge |
| 3/22/2010 | AA9 | Claim Dissection | 1.00 | $150.00 | $150.00 |
| 3/22/2010 | AA9 | Meeting - Student Team  Met with team to discuss plans for the week.  Get AA-2s.  We contacted ▮▮▮▮▮▮ to meet with her for signatures. | 0.67 | $150.00 | No Charge |
| 3/22/2010 | AA9 | Telephone Call | 0.67 | $150.00 | No Charge |
| 3/22/2010 | AA9 | Client Interview  Visited client's apartment to obtain signature on 2 of the AA-2 forms (these were the only 2 completed).  We also received additional papers she had (including a report card).  We also met with ▮▮▮▮▮▮ | 2.00 | $150.00 | $300.00 |

Lincoln Square Legal Services, Inc.
Page No.:    15

asked him about school and explained
to him who we were and that he would
be going to evaluations soon.

| Date | | Description | | | |
|------|------|-------------|------|------|------|
| 3/22/2010 | AA9 | Correspondence  E-mailed Mr. Woods with completed AA-2 forms. | 0.25 | $150.00 | $37.50 |
| 3/22/2010 | AA9 | Further reviewed the new IEP's and other evaluations by the DOE in order to add to claim dissection | 2.25 | $150.00 | $337.50 |
| 3/22/2010 | AA9 | Other Contacted IEE's about forms. Worked on claim dissection. | 1.00 | $150.00 | No Charge |
| 3/22/2010 | AA9 | Meeting - Supervision  Met with FAC to talk about cases. | 1.33 | $150.00 | No Charge |
| 3/22/2010 | RWU | Document Drafting: Wrote up client meeting summary, looked at claim dissection. | 2.00 | $150.00 | No Charge |
| 3/22/2010 | RWU | Meeting - Supervision: Supervisory Meeting, followed by team meeting and phone calls to providers | 2.00 | $150.00 | No Charge |
| 3/22/2010 | RWU | Correspondence: called ▮▮▮▮▮ to ask her if we could go to her apt today to have her sign forms, get the AA-2 forms from providers, preparing AA-2 forms, updated our claim dissection | 1.00 | $150.00 | $150.00 |
| 3/22/2010 | RWU | Meeting - Outside of Office: Went to visit ▮▮▮▮▮ at her apartment | 1.58 | $150.00 | No Charge |
| 3/23/2010 | AA9 | Finished claim dissection | 1.00 | $150.00 | $150.00 |
| 3/23/2010 | AA9 | Other  Spoke with Prof. Hill about claims.  Contacted Bill Woods and received confirmation about the 2 providers.  Tried contacting other providers as well -- looked on DOE website for list of people.  Contacted ▮▮▮▮▮ for name of ▮▮▮▮▮ pediatrician. | 2.00 | $150.00 | No Charge |
| 3/23/2010 | RWU | Other: Looked up more providers for IEEs, called providers to get AA-2 forms, met with Professor Hill, called potential provider, faxed over blank form to potential provider, organized received | 2.37 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.
Page No.:   16

AA-2 forms.

| Date | | Description | Hours | Rate | Charge |
|---|---|---|---|---|---|
| 3/24/2010 | AA9 | Meeting - Outside of Office  Contacted providers regarding AA-2 forms.  Found alternate providers from the original ones we had and we reached out to them.  Prepared a schedule of appointments for ▮▮▮▮▮  Visited ▮▮▮▮▮ to get signatures for the 3 AA-2s.  Also, gave her the schedule of appointments.  E-mailed Mr. Woods with the new AA-2s for approval. | 3.25 | $150.00 | No Charge |
| 3/24/2010 | RWU | Other: Called Dr. Darku to get completed AA-2 form, followed up with Comprehensive Center for audiological evaluation, called another audiological center, emailed AA-2 form to that center, got the completed AA-2 forms back from second center, called Bill Woods, set up appointments for Enrique, went to ▮▮▮▮▮ apt to get her signature, called medical evaluator to get necessary information to complete AA-2 forms, emailed Bill Woods the completed forms. | 3.75 | $150.00 | No Charge |
| 3/25/2010 | AA9 | Other  Talked (e-mailed) with Kasi about changing the audiological appointments.  Received approved AA-2 forms from Mr. Woods, e-mailed him back regarding the fact that the first set of forms he sent us were not marked approved or not.  He re-sent them. | 0.50 | $150.00 | $75.00 |
| 3/25/2010 | RWU | Correspondence: Talked to teammates about next week's agenda, appointments for ▮▮▮ and rescheduling some appointments. | 0.75 | $150.00 | No Charge |
| 3/26/2010 | AA9 | Telephone Call  Received call from ▮▮▮ from Comprehensive about Psych eval.  Talked with Rachel about preparing package for Elain Geller, Audiological/Speech Language evaluation | 0.50 | $150.00 | $75.00 |
| 3/26/2010 | RWU | Correspondence: Talked to the speech evaluator and contacted teammates about putting together a background | 0.95 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.

Page No.:   17

information packet for ███████

| Date | Code | Description | Hours | Rate | Charge |
|---|---|---|---|---|---|
| 3/27/2010 | AA9 | Meeting - Student Team  Talked with Rachel about Psychiatric evaluation and what should go in evaluator packet for Nancy Geller, Audiological/Speech Language Evaluation | 0.50 | $150.00 | No Charge |
| 3/27/2010 | RWU | Correspondence: Called other psychiatric evaluators to get appointments for ███████ | 0.58 | $150.00 | No Charge |
| 3/28/2010 | RWU | Correspondence: Emailed speech evaluator packet of ███████ background information and wrote up the supervisory meeting summary and goals for last week. | 1.50 | $150.00 | No Charge |
| 3/29/2010 | AA9 | Meeting - Outside of Office  Prepared papers for Nancy Geller speech evaluator. | 0.50 | $150.00 | No Charge |
| 3/29/2010 | AA9 | Meeting - Outside of Office  Went to speech evaluation downtown.  Nancy Geller performed evaluation while we observed and then she gave us feedback. | 5.00 | $150.00 | No Charge |
| 3/29/2010 | RWU | Correspondence: Followed up with psychiatric evaluators to get an appointment for ███████, drafted release forms for evaluators, faxed over an AA-2 form for one of the evaluators, looked into getting transportation reimbursement for ███████ | 3.42 | $150.00 | No Charge |
| 3/30/2010 | AA9 | Telephone Call  Contacted NYU Child Study Center to provide case background and request psychiatric evaluation | 0.25 | $150.00 | $37.50 |
| 3/30/2010 | RWU | Correspondence: Called Rysch. evaluator to get AA-2 forms and her license, scanned in documents and uploaded to TM | 0.43 | $150.00 | No Charge |
| 3/30/2010 | RWU | Event: Went with ███████ to ███████ audiological evaluation and scanned in release form and audiological eval results. | 2.02 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.

Page No.:    18

| 3/31/2010 | AA9 | Meeting - Supervision  Met with team and Prof Hill to discuss the case. | 1.00 | $150.00 | No Charge |
| 3/31/2010 | AA9 | Other  Prepared fax for Dr. Darku regarding information that may assist him in the medical eval. | 1.00 | $150.00 | $150.00 |
| 3/31/2010 | AA9 | Meeting - Student Team Met with Team to figure how we wanted to divide up the work for the month of April.  Discussed the evaluations and how we wanted to proceed. | 1.00 | $150.00 | No Charge |
| 3/31/2010 | RWU | Meeting - Supervision: Met with Professor Hill for supervisory meeting, called Dr. Darku's office to tell him about ██████ ear condition, had a team meeting to talk about future steps, called and followed up with Maria and sent her a blank psych AA-2 form, set up a neuropsych eval. | 3.42 | $150.00 | No Charge |
| 4/01/2010 | RWU | Correspondence: met with professor, called audiologist, faxed over AA-2 form for auditory processing eval to audiologist | 1.17 | $150.00 | No Charge |
| 4/02/2010 | AA9 | Other  Contacted Citicare regarding medical appointment for ██████ Wrote up week's agenda as well as schedule for the team for the remainder of the semester. | 1.50 | $150.00 | No Charge |
| 4/02/2010 | RWU | Correspondence: called ██████ to remind her about ██████ med eval, found that the doctor was late and ██████ was getting impatient, doctor's office requested approved AA-2 forms, which I emailed over, eventually told ██████ to leave, because she couldn't wait around anymore, she told me that she had scheduled an appointment with ██████ pediatrician, told her that we would send him the AA-2 forms to get the DOE to pay for the medical examination, called Alex to give her updates and discussed what to do next. | 1.08 | $150.00 | No Charge |
| 4/07/2010 | AA9 | Meeting - Supervision | 2.00 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.

Page No.:   19

| 4/07/2010 | RWU | Meeting - Supervision: Met with team to talk about this week's agenda and plans and worked on opening statement, had supervisory meeting, called ████ to see if she had set up a medical evaluation for ████ called medical clinic to see what time the appointment was, called ████ to tell her about the app't time and remind her that ████ had a neuropsych eval at 330 on Friday, contacted audiologist, emailed over AA-2 and AA-8 forms for audiologist to complete. | 3.75 | $150.00 | No Charge |
| --- | --- | --- | --- | --- | --- |
| 4/09/2010 | AA9 | Revised claims dissection with appropriate statutory case law. | 8.00 | $150.00 | No Charge |
| 4/09/2010 | RWU | Document Editing:Edited claim dissection and sent  to team | 7.42 | $150.00 | No Charge |
| 4/11/2010 | AA9 | Hearing Preparation - Draft and edited the opening statement | 3.00 | $150.00 | $450.00 |
| 4/11/2010 | RWU | Document Drafting: worked on opening statement with Alex. | 2.58 | $150.00 | No Charge |
| 4/12/2010 | AA9 | Document Editing  Edited first draft of Opening Statement | 1.00 | $150.00 | No Charge |
| 4/12/2010 | AA9 | Other  Wrote summary for 04.07.10 Supervision Meeting. | 1.00 | $150.00 | No Charge |
| 4/12/2010 | AA9 | Meeting - Student Team Met with team to discuss plans for the week. | 0.50 | $150.00 | No Charge |
| 4/12/2010 | AA9 | Meeting - Supervision FAC Group Supervision | 2.00 | $150.00 | No Charge |
| 4/12/2010 | AA9 | Meeting - Supervision Met with FAC, read opening statement and listened to feedback. | 1.75 | $150.00 | No Charge |
| 4/12/2010 | RWU | Meeting - Supervision: revised opening statement with Alex, had a team meeting, supervisory meeting with FAC, wrote up supervisory meeting 's summary and goals. | 4.08 | $150.00 | No Charge |
| 4/13/2010 | AA9 | Hearing Preparation - Conference with | 2.48 | $150.00 | $372.00 |

Lincoln Square Legal Services, Inc.
Page No.:   20

| | | | | | |
|---|---|---|---|---|---|
| | | team to review and perfect opening statement | | | |
| 4/13/2010 | AA9 | Hearing Preparation - Prepared second draft of opening statement | 0.50 | $150.00 | $75.00 |
| 4/13/2010 | RWU | Document Drafting: Phone Conversation with Kasi and Alex, working on opening statement. | 2.25 | $150.00 | No Charge |
| 4/14/2010 | AA9 | Edited second draft of opening statement. | 0.50 | $150.00 | No Charge |
| 4/14/2010 | AA9 | Hearing Preparation - Drafted claims chart for hearing | 1.25 | $150.00 | $187.50 |
| 4/14/2010 | RWU | Other: did some research into the development of an adequate IEP, spoke to teammates about revising the opening statement, talked about the validity of the claim of failure to implement IEP, talked about what documents we should submit. | 2.22 | $150.00 | No Charge |
| 4/16/2010 | RWU | Meeting - Outside of Office: I emailed some forms to the auditory evaluator b/c she filled them wrong, spoke to Kasi about the agenda for next week and what forms ████████ needed to fill out for the psych eval, went to the neuropsych eval center, spoke to receptionist and doctor, and rescheduled tentatively for next Friday, emailed team and professor, summarizing today's events. | 2.17 | $150.00 | No Charge |
| 4/18/2010 | AA9 | Hearing Preparation - Draft questions for witness and client ████████ | 0.50 | $150.00 | $75.00 |
| 4/19/2010 | AA9 | Prepared exhibits to send to the CSE for hearing. | 4.00 | $150.00 | $600.00 |
| 4/19/2010 | AA9 | Telephone Call  Contacted Nancy Geller about results of Speech evaluation. She said she would try to have them by the weekend.  Also, e-mailed her the complete AA-2 forms. | 0.25 | $150.00 | $37.50 |
| 4/19/2010 | AA9 | Meeting - Student Team | 0.50 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.
Page No.:   21

| 4/19/2010 | AA9 | Meeting - Supervision | 2.33 | $150.00 | No Charge |
| 4/19/2010 | AA9 | Telephone Call Contacted ████ about coming into the office. | 0.25 | $150.00 | $37.50 |
| 4/19/2010 | RWU | Other: Team Meeting, Supervisory Meeting, Individual Meeting with Professor Hill, Called ████ Called Nancy Geller, Team Meeting to discuss next steps, complied supporting documents with Alex to send to DOE | 6.67 | $150.00 | No Charge |
| 4/20/2010 | AA9 | Client Interview Prepared agenda for client interview. | 1.00 | $150.00 | No Charge |
| 4/21/2010 | AA9 | Meeting - In Office: meeting with client ████ to review goals and prepare for client's testimony at hearing | 2.00 | $150.00 | $300.00 |
| 4/21/2010 | AA9 | Conference with team and supervising attorney Leah Hill to review strategy for client interview and agenda | 0.50 | $150.00 | $75.00 |
| 4/21/2010 | RWU | Meeting - In Office: After revising client meeting agenda, met with ████ in office to discuss hearing and prepare her for direct and cross examination | 2.67 | $150.00 | $400.50 |
| 4/22/2010 | AA9 | Mailed a hard copy of documents to Bill Woods.  Added speech evaluation summary.  E-mailed a version of documents to Bill Woods. | 1.75 | $150.00 | $262.50 |
| 4/22/2010 | RWU | Telephone Call: Calling Spoke to Nancy Geller, Speech and Language Evaluator regarding her findings; Contacted Ms. Caldwell, school principle, to clarify service ████ is currently receiving. She confirmed counseling 2 times a week at school but no speech and language services at school | 0.42 | $150.00 | $63.00 |
| 4/23/2010 | AA9 | Received a phone call and e-mail from Woods requesting an adjournment. Spoke to Prof. Hill about this.  Called Mr. Woods back and talked to ████ ████ about Private Schooling. | 5.00 | $150.00 | $750.00 |
| 4/23/2010 | LAH | Meeting - In Office: Meeting with | 1.00 | $400.00 | $400.00 |

Lincoln Square Legal Services, Inc.
Page No.:   22

students to discuss hearing strategies

| 4/23/2010 | RWU | Other: Worked on opening statement, met with Professor Hill, contacted ████ school, Called Bill Woods, called ████ called neuropsych evaluator, wrote up part of the supervisory agenda. | 5.42 | $150.00 | No Charge |
|---|---|---|---|---|---|
| 4/24/2010 | AA9 | Reviewed all documents and began compiling report/summary of all the documents from the DOE, including results of independent evaluations and more. | 3.00 | $150.00 | $450.00 |
| 4/25/2010 | AA9 | Trial Prep - Continued to go through documents and compile analysis | 3.00 | $150.00 | $450.00 |
| 4/25/2010 | AA9 | Document Editing Edited the Opening statement. | 1.00 | $150.00 | No Charge |
| 4/26/2010 | AA9 | Psychological Assessment  Ordered car service for ████ to the Neuropsych. ████ted ████ to make sure ████ and Pedro new the car was coming. Went to Dr. Hafeez's office.  Answered a few questions about why ████ was there.  The actually appointment lasted approximately 2 hours. | 3.50 | $150.00 | No Charge |
| 4/26/2010 | AA9 | Meeting - Student Team Discussed how to proceed for the remainder of the semester.  discussed getting in contact with independent providers for the remaining evaluations. | 1.00 | $150.00 | No Charge |
| 4/26/2010 | AA9 | Meeting - Supervision  Met with FAC. | 1.50 | $150.00 | No Charge |
| 4/26/2010 | RWU | Meeting - Student Team: Called Alex to discuss whether we should adjourn the case or not. | 0.67 | $150.00 | No Charge |
| 4/26/2010 | RWU | Meeting - In Office: After revising client meeting agenda, met with client ████ to discuss hearing and prepare her for direct and cross examination. | 2.67 | $150.00 | $400.50 |
| 4/27/2010 | RWU | Meeting - In Office: Met with Professor Hill to discuss adjournment. | 0.58 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.

Page No.:   23

| 4/28/2010 | LAH | Meeting - In Office: Meeting with students to discuss hearing strategies | 1.00 | $400.00 | $400.00 |
|---|---|---|---|---|---|
| 4/28/2010 | RWU | Other: talked with team about how to proceed next, complied and organized files for next semester | 3.17 | $150.00 | No Charge |
| 4/29/2010 | AA9 | Called Impartial Hearing Officer Ralph Pennington to make sure the hearing was adjourned. Wrote an e-mail to Laura Byrd from the Impartial Hearing Office and e-mailed Donna Coleman to set up a time for the new hearing date | 0.33 | $150.00 | $49.50 |
| 4/30/2010 | AA9 | Document Drafting Worked on End of Semester Memo. | 2.00 | $150.00 | No Charge |
| 4/30/2010 | RWU | Correspondence: Called IHO and Alex about the adjournment | 1.00 | $150.00 | No Charge |
| 5/03/2010 | AA9 | Document Drafting Worked on Memo and printing out chron notes and organizing files. | 5.00 | $150.00 | No Charge |
| 5/03/2010 | RWU | Document Drafting: Writing and correcting status memo and assembling files. | 3.33 | $150.00 | No Charge |
| 5/04/2010 | RWU | Document Drafting: tuning up memo on theory of the case and send it to teammates | 2.33 | $150.00 | No Charge |
| 5/12/2010 | RWU | Other: Met with Professor Hill, talked to Alex to see if there were any updates, made sure file was in order, called ENT to confirm appointment, called ███ wrote ███ a letter. | 1.58 | $150.00 | No Charge |
| 5/12/2010 | RWU | Document Drafting: wrote a memo on client interview on April 21, 2010 | 2.08 | $150.00 | No Charge |
| 5/13/2010 | RWU | Telephone Call: Called Michelle Crichlow to get Ms. C's new phone number and she gave me updates about the family, called ███ to get updates and gives updates, and Kasi to get updates and give updates. | 0.70 | $150.00 | No Charge |
| 5/14/2010 | AA9 | Other Worked on Status Memo | 2.00 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.
Page No.:   24

Created a road map and added other
necessary corrections.

| Date | | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 5/14/2010 | RWU | Document Drafting: Amended status memo and wrote a memo on private schooling. | 5.00 | $150.00 | $750.00 |
| 5/15/2010 | AA9 | Other Worked on Status Memo. | 1.50 | $150.00 | No Charge |
| 5/19/2010 | AA9 | Other Worked on writing up documents inventory | 1.00 | $150.00 | No Charge |
| 5/20/2010 | AA9 | Meeting - Supervision Met with Professor Hill to discuss team's plans to proceed with the case/wrap up | 1.00 | $150.00 | No Charge |
| 5/20/2010 | AA9 | Correspondence  Received fax from Aida.  Spoke with Aida about some questions on the form.  Completed document inventory.  Confirmed psych appointment with NYU.  Faxed over NYU papers.  Spoke to ▓▓▓▓▓ about her appointment for Monday.  I also asked her ▓▓▓▓▓ availability for next week. | 3.50 | $150.00 | No Charge |
| 5/20/2010 | AA9 | Other Worked on Documents Inventory | 2.50 | $150.00 | No Charge |
| 5/20/2010 | RWU | Other: Looked through time matters to make sure all documents can be opened and uploaded missing documents. | 0.58 | $150.00 | No Charge |
| 5/25/2010 | AA9 | Other Went over case and documents with Aaron.  Contacted Bill Woods, Car Service, and ▓▓▓▓▓ | 3.08 | $150.00 | No Charge |
| 5/25/2010 | AA9 | Other Highlight some important section of NYCRR (200.1, 200.4, and 200.5) for Aaron. Sent fax/e-mail for CAP test. | 2.00 | $150.00 | No Charge |
| 6/09/2010 | LAH | Court Appearance - Adjournment of Impartial Hearing at DOE in Brooklyn, New York | 0.33 | $400.00 | $132.00 |
| 7/07/2010 | LAH | Client Meeting in office | 0.83 | $400.00 | $332.00 |
| 9/02/2010 | BDU | Document Review for ▓▓▓▓▓ | 1.50 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.
Page No.:    25

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/03/2010 | BDU | Document Review of ███████ Matter | 3.50 | $150.00 | No Charge |
| 9/03/2010 | SMI | Document Review for ██████ case | 4.50 | $150.00 | No Charge |
| 9/03/2010 | SMI | Document review | 4.50 | $150.00 | $675.00 |
| 9/07/2010 | BDU | Document Drafting | 1.33 | $150.00 | No Charge |
| 9/07/2010 | KAC | Document Review | 1.50 | $150.00 | No Charge |
| 9/07/2010 | SMI | Document Review Group meeting to discuss current status of case and tasks for upcoming week. | 1.25 | $150.00 | No Charge |
| 9/09/2010 | BDU | Went to ████████ apartment to obtain the IEP but she did not have it available.  Came back to the office and looked through ████████ most recent evaluations. | 3.50 | $150.00 | No Charge |
| 9/09/2010 | SMI | Legal Research - Researching of procedural guidelines for conducting a pre-hearing conference and standards of a "Free and Appropriate Public Education". | 2.00 | $150.00 | $300.00 |
| 9/10/2010 | BDU | Trial Preparation | 7.50 | $150.00 | No Charge |
| 9/10/2010 | SMI | Hearing Preparation - Scheduling ██████ CAP Test; Preparing documents to be sent to Bill Woods (DOE rep) in anticipation of upcoming hearing. | 7.50 | $150.00 | $1,125.00 |
| 9/11/2010 | SMI | Hearing Preparation - Preparing binder of documents to be used at hearing and to be sent to B. Woods and hearing officer. | 2.00 | $150.00 | $300.00 |
| 9/13/2010 | BDU | Trial Preparation | 4.50 | $150.00 | No Charge |
| 9/13/2010 | SMI | Trial Preparation - Meeting with clinic members to prepare for upcoming hearing; reviewing and sending documents to the Department of Education's representative and to the impartial hearing office. | 4.00 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.
Page No.:   26

| | | | | | |
|---|---|---|---|---|---|
| 9/14/2010 | SMI | Meeting with team to review tasks and research for hearing. | 2.50 | $150.00 | $375.00 |
| 9/15/2010 | SMI | Meeting - Supervision - Meeting with clinic members to discuss upcoming hearing; Team meeting to review tasks completed and still to be done. | 5.00 | $150.00 | No Charge |
| 9/16/2010 | BDU | Trial Preparation - Called the CSE to leave message for V. Sawyer, Speech and Language Evaluator, about ▮▮▮▮August 2010 IEP, and met with team to plan pre-conference hearing. | 3.00 | $150.00 | $450.00 |
| 9/16/2010 | BDU | Trial Preparation - Met with team about pre-hearing conference and choice to file motion for summary judgment. Research SJ and impartial hearings. | 2.58 | $150.00 | $387.00 |
| 9/16/2010 | SMI | Research - Researching summary judgment and default legal standards in preparation to make respective arguments at upcoming hearing. | 2.00 | $150.00 | No Charge |
| 9/16/2010 | SMI | Research - Researching summary judgment and default legal standards in preparation to make respective arguments at upcoming hearing. | 1.50 | $150.00 | No Charge |
| 9/17/2010 | BDU | Trial Preparation | 8.25 | $150.00 | No Charge |
| 9/17/2010 | LAH | Meeting - In Office: Preparation for impartial hearing | 2.00 | $400.00 | $800.00 |
| 9/17/2010 | SMI | Call with representative from Department of Ed to discuss forthcoming hearing | 0.50 | $150.00 | $75.00 |
| 9/17/2010 | SMI | Mooting - Mooting arguments with team, draft potential direct and cross examination questions, and discussion of team roles in preparation for hearing | 6.00 | $150.00 | $900.00 |
| 9/18/2010 | SMI | Research - Researching summary judgment and default judgment legal standards in preparation to make respective arguments at upcoming hearing. | 2.00 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.
Page No.:   27

| | | | | | |
|---|---|---|---|---|---|
| 9/19/2010 | BDU | Prepared questions for direct/cross-examination for upcoming hearing on September 21st. Worked on other misc. trial preparation. | 5.83 | $150.00 | $874.50 |
| 9/19/2010 | SMI | Hearing Preparation - Meeting with team members to discuss and review arguments to be made at upcoming hearing; Researching summary judgment and default judgment legal standards in preparation to make respective arguments at upcoming hearing; Drafting potential direct and cross examination questions. | 8.50 | $150.00 | $1,275.00 |
| 9/20/2010 | BDU | Hearing Preparation - Met with partner Siobhan to discuss hearing strategy | 2.00 | $150.00 | $300.00 |
| 9/20/2010 | BDU | Telephone conference with Nick Chavarria (DOE) | 0.50 | $150.00 | $75.00 |
| 9/20/2010 | BDU | Edited direct/cross examination questions and closing statement. | 2.50 | $150.00 | $375.00 |
| 9/20/2010 | SMI | Document Drafting - Drafted a motion for summary judgment and default judgment to present at upcoming hearing. | 4.00 | $150.00 | $600.00 |
| 9/20/2010 | SMI | Trial Preparation - Team meeting to prepare for upcoming hearing; Supervisory meeting with Professors Hill and Ho; Drafting a formal motion for summary judgment and default judgment. | 7.00 | $150.00 | No Charge |
| 9/21/2010 | BDU | Impartial Hearing | 4.25 | $150.00 | $637.50 |
| 9/21/2010 | LAH | Court Appearance - Impartial Hearing at DOE in Brooklyn, New York | 4.25 | $400.00 | $1,700.00 |
| 9/21/2010 | SMI | Hearing - Impartial hearing at the Department of Education | 4.25 | $150.00 | $637.50 |
| 9/22/2010 | BDU | Meeting - Supervision | 1.75 | $150.00 | No Charge |
| 9/22/2010 | SMI | Meeting - Supervision - Supervisory meeting with Professors Hill and Ho; Team meeting to discuss next steps after hearing | 3.00 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.
Page No.:   28

| | | | | | |
|---|---|---|---|---|---|
| 9/24/2010 | BDU | Administrative | 5.00 | $150.00 | No Charge |
| 9/27/2010 | BDU | Document Drafting- Drafted Supervisory Agenda; looked over ▮▮▮▮▮ latest IEP; prepared for supervisory meeting | 2.00 | $150.00 | No Charge |
| 9/27/2010 | BDU | Administrative- Supervision Meeting to discuss updates in the case | 2.00 | $150.00 | No Charge |
| 9/27/2010 | LAH | Meeting - Supervision: Review of August 2010 IEP | 1.00 | $400.00 | $400.00 |
| 9/27/2010 | SMI | Meeting - Supervision; Phone call with client to discuss current status of case; Individual meeting with Prof. Hill to discuss next steps; Reviewing DOE IEP Procedural manual to critique most recent IEP | 5.33 | $150.00 | No Charge |
| 9/28/2010 | BDU | Administrative- Looked over ▮▮▮▮▮ IEP and the state guidelines, met with team; discussed strategies for expediting the authorization for additional evaluation. | 2.50 | $150.00 | $375.00 |
| 9/28/2010 | SMI | Telephone Call with CSE representative Charlotte Darrow to discuss school visit; Meeting with team members; Phone call with ▮▮▮▮▮ to discuss school visit | 0.75 | $150.00 | No Charge |
| 9/29/2010 | BDU | Administrative- Preparation for supervisory meeting and met with team to discuss any updates regarding the authorization | 2.25 | $150.00 | No Charge |
| 9/29/2010 | BDU | Meeting-Supervision to discuss the case | 1.75 | $150.00 | No Charge |
| 9/29/2010 | SMI | Meeting - Student Team; Phone call with ACS and New Alternatives for Children; Updating chron notes with recent telephone calls; Supervisory meeting | 3.50 | $150.00 | No Charge |
| 9/30/2010 | BDU | Correspondence: Contacted Nick Chavarria, DOE rep., numerous times about expediting the authorization for the Central Auditory processing | 3.00 | $150.00 | $450.00 |

evaluation, received an email about ▮▮▮ difficulties at school, left a message with ▮▮▮ principal to discuss ▮▮▮ difficulties; spoke with social worker from ACS re: ▮▮▮ frustration at school and need to move quickly on getting proper placement.  Drafted notes about these communications.

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/30/2010 | SMI | Document Drafting response to DOE rep Nick Chavarria; Phone call to ACS regarding current status of case; Phone call to ▮▮▮ school regarding their communications with Nick Chavarria | 2.00 | $150.00 | $300.00 |
| 10/01/2010 | BDU | Fact Investigation- Reviewed ▮▮▮ IEP;  Spoke with Nick Chavarria (DOE rep) about evaluations | 6.00 | $150.00 | $900.00 |
| 10/01/2010 | SMI | Telephone Conference with team; Phone call with DOE rep Nick Chavarria regarding CAP exam authorizations; Phone call with provider re scheduling the CAP exam and authorization procedures; Researching DOE guidelines on billing procedures for independent evaluations | 7.25 | $150.00 | No Charge |
| 10/04/2010 | BDU | Document Drafting-Drafted letter to be sent to all parties, worked on supervisory meeting agenda; confirmed Aida's attendance at the 10.07 meeting | 3.00 | $150.00 | No Charge |
| 10/04/2010 | BDU | Meeting - Supervision-Discussed updates in the case and ideas/strategies moving forward; | 1.50 | $150.00 | No Charge |
| 10/04/2010 | SMI | Meeting - Supervision; Drafting and sending email to Department of Education Representative Nick Chavarria; Uploading case documents and chron notes to Time Matters. | 2.50 | $150.00 | No Charge |
| 10/05/2010 | SMI | Meeting - Student Team | 0.75 | $150.00 | No Charge |
| 10/05/2010 | SMI | Correspondence, drafting and editing letter to be sent to all parties involved | 1.00 | $150.00 | No Charge |
| 10/06/2010 | BDU | Meeting - Supervision- Discussed strategy in anticipation of client meeting | 1.00 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.

Page No.:   30

| 10/06/2010 | SMI | Meeting - Supervision; researching information on authorization forms; corresponding with client, social worker, and education advocate to confirm attendance at meeting next day | 3.00 | $150.00 | No Charge |
|---|---|---|---|---|---|
| 10/07/2010 | BDU | Prepared for client meeting | 1.50 | $150.00 | No Charge |
| 10/07/2010 | BDU | Client Interview to discuss IEPs and to discuss school placements | 1.00 | $150.00 | $150.00 |
| 10/07/2010 | BDU | Document Review-Met briefly with team and Prof. Hill after the client meeting to discuss options moving forward; worked on the letter to the parties | 1.50 | $150.00 | No Charge |
| 10/07/2010 | SMI | Meeting - In Office with client, client's son, son's social worker, and education advocate | 2.00 | $150.00 | $300.00 |
| 10/08/2010 | BDU | Finished the letter to the DOE, MS 247, CSE; received the AA forms from Nick Chavarria and faxed them to Susan Wartsman's (audiologist) office; called ███████ school and left a message for Ms. Fernandes | 5.00 | $150.00 | $750.00 |
| 10/12/2010 | BDU | Finished the letter and emailed it to the CSE, DOE and MS 247; called Madeline Fuentes and Aida Ortiz to schedule ███████ CAP exam for Friday, October 22nd at 10AM | 3.75 | $150.00 | No Charge |
| 10/12/2010 | SMI | Conference; Discussing with team recent phone calls with outside providers; preparing agenda for next day supervisory meeting. | 1.00 | $150.00 | No Charge |
| 10/13/2010 | BDU | Conference- Left Aida a message confirming CAP exam appointment; Left a message with S. Wartsman; left a message with Claudia Fernandes. | 0.50 | $150.00 | No Charge |
| 10/13/2010 | SMI | Meeting - Supervision | 2.00 | $150.00 | No Charge |
| 10/14/2010 | BDU | Spoke with S. Wartsman, Began drafting an outline for Closing Brief | 3.25 | $150.00 | $487.50 |
| 10/15/2010 | BDU | Began first draft of the outline for the | 4.33 | $150.00 | $649.50 |

Lincoln Square Legal Services, Inc.

Page No.:   31

post hearing, closing brief

| | | | | | |
|---|---|---|---|---|---|
| 10/15/2010 | SMI | Conference - Discussing draft outline of post hearing brief, closing with team | 1.00 | $150.00 | $150.00 |
| 10/17/2010 | SMI | Document Drafting - Drafting closing outline; discussing with team; drafting agenda for tomorrow's supervisory meeting | 4.00 | $150.00 | No Charge |
| 10/17/2010 | SMI | Conference - Review of draft and outline of post hearing brief, closing with team | 2.50 | $150.00 | $375.00 |
| 10/18/2010 | BDU | Document Drafting-Worked on outline for Closing Statement | 2.00 | $150.00 | No Charge |
| 10/18/2010 | BDU | Meeting - Supervision-Met with FAC to discuss cases | 1.50 | $150.00 | No Charge |
| 10/18/2010 | SMI | Meeting - Supervision; Meeting with team to discuss outline of draft closing statement. | 3.00 | $150.00 | No Charge |
| 10/19/2010 | BDU | Went to see ████████ to discuss the school visit and obtain her signature for the AA2 form; faxed the forms to Nick. | 1.25 | $150.00 | No Charge |
| 10/20/2010 | BDU | Meeting - Supervision-Discussed options regarding private school and the closing statement with the group. | 1.33 | $150.00 | No Charge |
| 10/20/2010 | LAH | Meeting - Supervision: Reviewing legal arguments for closing statement | 2.00 | $400.00 | $800.00 |
| 10/20/2010 | SMI | Meeting - Supervision; Researching legal arguments for closing statement. | 4.00 | $150.00 | No Charge |
| 10/21/2010 | BDU | Legal Research - Research of case law to use in drafting of the post hearing, closing brief | 4.00 | $150.00 | $600.00 |
| 10/22/2010 | BDU | Document Drafting- Worked on Closing Statement; spoke with Dr. Wartsman about ██████ CAP exam | 3.50 | $150.00 | $525.00 |
| 10/24/2010 | SMI | Legal Research - Research of case law for post hearing brief, closing | 3.00 | $150.00 | $450.00 |
| 10/25/2010 | BDU | Meeting - Supervision | 1.17 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.

Page No.:    32

| 10/25/2010 | BDU | Document analysis of ▮▮▮▮▮ evaluations and IEPs to use in drafting the closing statement | 2.00 | $150.00 | $300.00 |
|---|---|---|---|---|---|
| 10/25/2010 | SMI | Meeting - Supervision; meeting with teammate to discuss draft of closing statement. | 5.00 | $150.00 | No Charge |
| 10/26/2010 | BDU | Document Drafting-Closing Statement | 2.00 | $150.00 | No Charge |
| 10/26/2010 | SMI | Document Drafting - Review of ▮▮▮▮ ▮▮▮ evaluations and IEPs for drafting of post hearing brief, closing statement | 2.00 | $150.00 | No Charge |
| 10/27/2010 | BDU | Meeting - Supervision- Met with team to discuss updates/dilemmas | 2.00 | $150.00 | No Charge |
| 10/27/2010 | SMI | Document Drafting of post hearing brief, closing statement | 2.00 | $150.00 | $300.00 |
| 10/27/2010 | SMI | Meeting - Supervision; document drafting closing statement. | 5.00 | $150.00 | No Charge |
| 10/28/2010 | BDU | Legal Research - Research of further case law to use in drafting of the post hearing, closing brief | 5.50 | $150.00 | $825.00 |
| 10/28/2010 | SMI | Meeting - Student Team editing and redrafting post hearing brief, closing statement | 4.00 | $150.00 | $600.00 |
| 10/29/2010 | SMI | Legal Research - Further research of case law for post hearing brief, closing statement | 4.00 | $150.00 | No Charge |
| 11/01/2010 | BDU | Meeting - Supervision- Met with team to discuss closing statement and SLCD | 2.00 | $150.00 | No Charge |
| 11/01/2010 | BDU | Document Editing - Use of case law, ▮▮▮▮▮▮ IEPs and evaluations to edit first draft of post hearing, closing brief | 2.00 | $150.00 | No Charge |
| 11/01/2010 | SMI | Meeting - Supervision; document drafting closing statement | 4.00 | $150.00 | No Charge |
| 11/02/2010 | BDU | Further document analysis to add supporting evidence for the composition of second draft of post hearing, closing brief | 6.17 | $150.00 | $925.50 |

Lincoln Square Legal Services, Inc.

Page No.:   33

| | | | | | |
|---|---|---|---|---|---|
| 11/02/2010 | SMI | Document Drafting | 1.92 | $150.00 | No Charge |
| 11/03/2010 | BDU | Document Drafting and Legal Research - Research of case memorandums and transcripts to assist in the further drafting of the post hearing, closing brief | 2.00 | $150.00 | No Charge |
| 11/03/2010 | BDU | Document Editing and Drafting - post hearing, closing brief | 3.75 | $150.00 | No Charge |
| 11/03/2010 | SMI | Meeting - Supervision | 2.00 | $150.00 | No Charge |
| 11/03/2010 | SMI | Document Drafting | 1.92 | $150.00 | No Charge |
| 11/03/2010 | SMI | Drafting and Editing - Closing Statement drafts edits and revisions | 7.00 | $150.00 | No Charge |
| 11/04/2010 | BDU | Document Drafting- Closing Statement | 7.00 | $150.00 | $1,050.00 |
| 11/04/2010 | BDU | Document Drafting- post hearing, closing brief | 2.50 | $150.00 | $375.00 |
| 11/04/2010 | SMI | Document Drafting - Input of further revisions for post hearing brief, closing following conference with team | 2.92 | $150.00 | $438.00 |
| 11/04/2010 | SMI | Document Drafting | 3.00 | $150.00 | No Charge |
| 11/04/2010 | SMI | Document Drafting of post hearing brief, closing | 4.00 | $150.00 | No Charge |
| 11/04/2010 | SMI | Meeting with team to review the draft post hearing brief, closing | 2.00 | $150.00 | $300.00 |
| 11/05/2010 | BDU | Document Editing- Final editing and drafting of the post hearing, closing brief | 8.00 | $150.00 | No Charge |
| 11/05/2010 | SMI | Document Drafting | 2.00 | $150.00 | No Charge |
| 11/05/2010 | SMI | Document Editing - Final editing of post hearing brief, closing and submission of closing statement to IHO | 9.00 | $150.00 | $1,350.00 |
| 11/08/2010 | BDU | Updates on case with FAC group. | 2.00 | $150.00 | No Charge |
| 11/08/2010 | SMI | Meeting - Student Team; Meeting - Supervision | 3.00 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.
Page No.:   34

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/10/2010 | BDU | Supervision hours and team meeting | 2.00 | $150.00 | No Charge |
| 11/12/2010 | BDU | Research appropriate private schools in the NYC area. | 2.75 | $150.00 | $412.50 |
| 11/15/2010 | BDU | Meeting - Supervision | 2.00 | $150.00 | No Charge |
| 11/15/2010 | SMI | Meeting - Supervision; meeting - student group | 2.00 | $150.00 | No Charge |
| 11/16/2010 | BDU | Research-Researched private schools as well as spoke with Nancy Geller about the CAP Exam | 1.83 | $150.00 | No Charge |
| 11/17/2010 | BDU | Telephone Conference-Spoke with Aida about ▉▉▉▉ updates as well as scheduling a meeting with ACS for Friday, November 19th | 0.50 | $150.00 | No Charge |
| 11/17/2010 | SMI | Meeting - Supervision; meeting - student group to discuss end semester tasks | 3.00 | $150.00 | No Charge |
| 11/19/2010 | BDU | Researched private schools | 1.50 | $150.00 | No Charge |
| 11/22/2010 | BDU | Meeting - Supervision | 1.50 | $150.00 | No Charge |
| 11/22/2010 | SMI | Meeting - Student Team | 1.50 | $150.00 | No Charge |
| 11/22/2010 | SMI | Researching local CAP exam providers; looking for a provider who works with non-native English speaking children; drafting case transition memo. | 2.00 | $150.00 | No Charge |
| 11/24/2010 | BDU | Document Drafting-Case status memo | 3.42 | $150.00 | No Charge |
| 11/28/2010 | SMI | Administrative - Preparing case status memo | 4.00 | $150.00 | No Charge |
| 11/29/2010 | BDU | Meeting - Supervision | 1.58 | $150.00 | No Charge |
| 11/29/2010 | SMI | Meeting - Supervision; Researching and calling providers in NY in an attempt to find one to conduct a CAP exam on a non-native English speaker | 2.00 | $150.00 | No Charge |
| 11/30/2010 | SMI | Correspondence; Speaking with provider regarding CAP exam for ▉▉▉▉ Creating chron note re conversation | 0.50 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.

Page No.:   35

| | | | | | |
|---|---|---|---|---|---|
| 12/01/2010 | SMI | Meeting - Supervision; Preparing and faxing documents re ▓▓▓▓ to CAP exam provider | 2.00 | $150.00 | No Charge |
| 12/04/2010 | SMI | Correspondence - Phone call with Ms. ▓▓▓ Aida, and CHC about the SLCD tour and rescheduling the CAP exam | 0.75 | $150.00 | No Charge |
| 1/18/2011 | BDU | Administrative-TM training | 1.50 | $150.00 | No Charge |
| 1/18/2011 | BDU | Telephone Conference- Spoke with Elizabeth Byrwa about ▓▓▓▓ updates | 0.17 | $150.00 | No Charge |
| 1/18/2011 | BDU | Prepared the SLCD application | 1.50 | $150.00 | $225.00 |
| 1/19/2011 | BDU | Met with team to discuss next steps regarding ▓▓▓ matter and assemble the application. | 1.50 | $150.00 | No Charge |
| 1/19/2011 | BDU | Administrative-Clinic lunch | 0.50 | $150.00 | No Charge |
| 1/21/2011 | BDU | Preparing SLCD application material and mailing it out. | 1.25 | $150.00 | No Charge |
| 1/21/2011 | BDU | Telephone Call with Aida Ortiz | 0.25 | $150.00 | $37.50 |
| 1/21/2011 | BDU | Telephone Call with SLCD | 0.17 | $150.00 | No Charge |
| 1/24/2011 | BDU | Meeting - Student Team | 2.00 | $150.00 | No Charge |
| 1/24/2011 | BDU | Telephone Calls to Nick Chavarria, Ms. ▓▓▓ and Aida Ortiz | 0.42 | $150.00 | No Charge |
| 1/24/2011 | BDU | Telephone Call from Aida Ortiz | 0.17 | $150.00 | No Charge |
| 1/25/2011 | BDU | Telephone Call with Elizabeth Byrwa | 0.17 | $150.00 | No Charge |
| 1/25/2011 | BDU | Document Drafting-Class 4 Assignment (Case Theory) | 1.33 | $150.00 | No Charge |
| 1/26/2011 | BDU | Telephone Call with Nick Chavarria | 0.17 | $150.00 | $25.50 |
| 1/26/2011 | BDU | Telephone Call with ▓▓▓ | 0.17 | $150.00 | No Charge |
| 1/27/2011 | BDU | Document Drafting (Agenda for team meeting) | 1.00 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.

Page No.:   36

| | | | | | |
|---|---|---|---|---|---|
| 1/27/2011 | BDU | Research on speech/language and private tutors | 2.33 | $150.00 | No Charge |
| 1/28/2011 | BDU | Telephone Calls to Nick Chavarria, Maria Carrion, Aida Ortiz, Claudia Fernandes and Elizabeth Bwrya. Emails with updates to team. | 1.25 | $150.00 | No Charge |
| 1/31/2011 | BDU | Meeting - Supervision | 2.00 | $150.00 | No Charge |
| 1/31/2011 | BDU | Document Drafting-Post supervision agenda | 0.67 | $150.00 | No Charge |
| 2/01/2011 | BDU | Telephone Calls with ████████ and Aida Ortiz | 0.33 | $150.00 | $49.50 |
| 2/01/2011 | BDU | Meeting - Brief meeting with Morgan to update each on phone calls made and next steps | 0.42 | $150.00 | No Charge |
| 2/02/2011 | BDU | Document Drafting- Memo on deferral to CBST | 1.67 | $150.00 | No Charge |
| 2/02/2011 | BDU | Telephone Call from Arlene Pineda | 0.42 | $150.00 | $63.00 |
| 2/02/2011 | BDU | Meeting - Supervision | 1.00 | $150.00 | No Charge |
| 2/02/2011 | BDU | Meeting - Student Team | 0.50 | $150.00 | No Charge |
| 2/02/2011 | BDU | Document Review of Kathy's Agenda | 0.67 | $150.00 | No Charge |
| 2/03/2011 | BDU | Telephone Call from Elizabeth Byrwa | 0.17 | $150.00 | No Charge |
| 2/03/2011 | BDU | Telephone Call with Arlene Pineda (school psychologist) | 0.17 | $150.00 | $25.50 |
| 2/03/2011 | BDU | Telephone Call-Left message with Susan Wartsman | 0.08 | $150.00 | $12.00 |
| 2/04/2011 | BDU | Research on Attorney's Fees | 0.58 | $150.00 | $87.00 |
| 2/04/2011 | BDU | Document Editing- Client meeting agendas | 1.25 | $150.00 | No Charge |
| 2/07/2011 | BDU | Client meeting | 1.50 | $150.00 | $225.00 |
| 2/07/2011 | BDU | Meeting - Supervision | 1.50 | $150.00 | No Charge |
| 2/07/2011 | BDU | Document Drafting-Attorney Fee | 2.08 | $150.00 | $312.00 |

Lincoln Square Legal Services, Inc.

Page No.:   37

Request preparation

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/08/2011 | BDU | Document Drafting-Attorney Fee request | 1.42 | $150.00 | $213.00 |
| 2/09/2011 | BDU | Document Drafting and research for attorney fee request | 2.17 | $150.00 | $325.50 |
| 2/11/2011 | BDU | Document Drafting-Compiling time records for Attorney Fee Request | 3.17 | $150.00 | $475.50 |
| 2/12/2011 | BDU | Document Drafting-Attorney fee request-inputting student's billing hours into chart | 3.08 | $150.00 | $462.00 |
| 2/14/2011 | BDU | Meeting - In Office Supervision | 1.25 | $150.00 | No Charge |
| 2/14/2011 | BDU | Document Drafting-Attorney fee request | 0.75 | $150.00 | $112.50 |
| 2/15/2011 | BDU | Document Drafting-Attorney fee request application | 1.67 | $150.00 | $250.50 |
| 2/16/2011 | BDU | Document Drafting-Attorney fee request | 2.00 | $150.00 | $300.00 |
| 2/16/2011 | BDU | Meeting - In Office with Morgan and Kathy | 0.50 | $150.00 | No Charge |
| 2/17/2011 | BDU | Telephone Call - Telephone Call with Arlene Pineda and Tanya Covington | 0.25 | $150.00 | $37.50 |
| 2/18/2011 | BDU | Document Drafting-Draft of letter to Elizabeth Byrwa | 1.25 | $150.00 | No Charge |
| 2/18/2011 | BDU | Document Drafting-Attorney Fee Request | 1.08 | $150.00 | $162.00 |
| 2/22/2011 | BDU | Document Drafting-Edits to letter for Elizabeth Byrwa | 0.92 | $150.00 | No Charge |
| 2/22/2011 | BDU | Document Drafting-Attorney Fee Request | 1.17 | $150.00 | $175.50 |
| 2/22/2011 | BDU | Telephone Call to ███████and Aida Ortiz | 0.17 | $150.00 | No Charge |
| 2/23/2011 | BDU | Document Editing-Letter to Elizabeth Byrwa | 0.58 | $150.00 | No Charge |

Lincoln Square Legal Services, Inc.

Page No.:   38

| 2/23/2011 | BDU | Research on Residential schools and CBST deferrals | 0.75 | $150.00 | No Charge |
| 2/24/2011 | BDU | Document Drafting-Final edits of letter to Elizabeth Byrwa | 0.50 | $150.00 | No Charge |
| 2/24/2011 | BDU | Document Drafting-Attorney Fee Request | 1.50 | $150.00 | $225.00 |
| 2/24/2011 | BDU | Research on Residential school requests in IEP meetings | 0.92 | $150.00 | No Charge |
| 2/25/2011 | BDU | Document Drafting-Fee request edits | 0.00 | $150.00 | $0.00 |
| 2/25/2011 | BDU | Research on IEP process and residential schools | 2.33 | $150.00 | $349.50 |
| 2/26/2011 | BDU | Document Drafting-Case theory assignment for class 8 | 1.50 | $150.00 | No Charge |
| 2/28/2011 | BDU | Research on residential schools by looking through SRO decisions | 1.30 | $150.00 | No Charge |
| 2/28/2011 | BDU | Telephone Call from Arlene Pineda | 0.08 | $150.00 | $12.00 |
| 2/28/2011 | BDU | Meeting - Supervision to discuss cases | 2.00 | $150.00 | No Charge |
| 3/01/2011 | BDU | Research on IEP development | 1.90 | $150.00 | No Charge |
| 3/02/2011 | BDU | Telephone Calls with ███████ Aida and Arlene Pineda to schedule IEP meeting | 0.17 | $150.00 | $25.50 |
| 3/02/2011 | BDU | Research on ██████ IEP, the IEP process in preparation for IEP meeting | 1.75 | $150.00 | No Charge |
| 3/03/2011 | BDU | Research for IEP Meeting | 1.33 | $150.00 | No Charge |
| 3/04/2011 | BDU | Review of ██████ past evaluations and teacher reports. | 2.42 | $150.00 | No Charge |
| 3/04/2011 | BDU | Research in preparation for ██████ IEP meeting | 1.67 | $150.00 | No Charge |
| 3/07/2011 | BDU | Preparation for IEP meeting | 1.00 | $150.00 | No Charge |
| 3/07/2011 | BDU | Meeting - Supervision | 1.08 | $150.00 | No Charge |
| 3/07/2011 | BDU | Document Drafting-List of findings, and | 2.25 | $150.00 | $337.50 |

Lincoln Square Legal Services, Inc.
Page No.:   39

recommendations for ▮▮▮▮▮

| | | | | | |
|---|---|---|---|---|---|
| 3/09/2011 | BDU | Document Review of ▮▮▮▮IEPs and evaluations | 1.08 | $150.00 | No Charge |
| 3/09/2011 | BDU | Document Review of ▮▮▮▮IEPs and evaluations | 1.58 | $150.00 | No Charge |
| 3/09/2011 | BDU | Telephone Call from Elizabeth Byrwa | 0.25 | $150.00 | No Charge |
| 3/10/2011 | BDU | Document Review in preparation for IEP meeting | 1.83 | $150.00 | No Charge |
| 3/11/2011 | BDU | Conference-IEP Meeting at MS 247 | 2.75 | $150.00 | $412.50 |
| 3/11/2011 | BDU | Meeting - In Office with team to discuss IEP meeting | 0.50 | $150.00 | No Charge |
| 3/21/2011 | BDU | Meeting - Supervision | 1.33 | $150.00 | No Charge |
| 3/21/2011 | BDU | Telephone Call with Arlene Pineda | 0.08 | $150.00 | $12.00 |
| 3/23/2011 | BDU | Meeting - Student Team to discuss Carrion matter | 0.42 | $150.00 | No Charge |
| 3/24/2011 | BDU | Telephone Call with CBST | 0.17 | $150.00 | No Charge |
| 3/31/2011 | BDU | Phone calls to Aida Ortiz ▮▮▮▮ and Arlene Pineda | 0.25 | $150.00 | No Charge |

| | Total Hours: | 978.30 | Total Fees | $57,345.00 |
|---|---|---|---|---|
| Total New Charges | | | | $57,345.00 |

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michael A. Cardozo, Corp Counsel of NYC
was received by me on *(date)* 12/20/12 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Dmitriy Aronov _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* Corp Counsel of NYC, DOE
Attorney for Defendant, Dept of Education of NYC on *(date)* 12/20/12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/20/12

EvaMarie Franco
*Server's signature*

EvaMarie Franco, legal intern
*Printed name and title*


304 W 92nd St, NY, NY 10025; 33 W 60th St, NY, NY
10023
*Server's address*

Additional information regarding attempted service, etc: