AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michael A. Cardozo, Corp Counsel of NYC
was received by me on *(date)* 12/20/12 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Dmitriy Aronov , who is
designated by law to accept service of process on behalf of *(name of organization)* Corp Counsel of NYC, DOE Attorney for Defendant, Dept of Education of NYC on *(date)* 12/20/12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/20/12

EvaMarie Franco
*Server's signature*

EvaMarie Franco, legal intern
*Printed name and title*

304 W 92nd St, NY, NY 10025; 33 W 60th St, NY, NY 10023
*Server's address*

Additional information regarding attempted service, etc: