USDS SDN
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE ILED 2/15/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
M.C. a minor on behalf of E.C., et al.,
        Plaintiff(s),

     -against-

Department of Education of the City
of New York,
        Defendant(s).
--------------------------------------------------X

12  Civ.  9281  (CM) (AJP)

CALENDAR NOTICE

Please take notice that the above captioned matter has been **re-scheduled** for a:

| | | |
|---|---|---|
| ___Pre-trial Conference | ___Status Conference | ___ Oral argument |
| ___ Settlement conference | ___Plea Hearing | (Bankruptcy Appeal) |
| _X_ Rule (16) conference | ___Final pre-trial conference | ___Fairness Hearing |
| ___Telephone Conference | ___Jury Selection and Trial | ___ OTSC Hearing |
| ___ Non-Jury Trial | ___Inquest | |

**to Friday, March 1, 2013 at 11:15 A.M. before the Honorable Colleen McMahon, United States District Judge** in Courtroom 14C, U. S. District Court, 500 Pearl Street, New York, New York 10007.

Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: February 15, 2013
      New York, New York

                      So Ordered

                      Colleen McMahon, U.S.D.J