UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

M.C. o/b/o E.C., a minor,                                   12 CV 9281 (CM)(AJP)
                Plaintiff,

      -against-                                        **NOTICE OF MOTION**
                                                                        **FOR SUMMARY JUDGMENT**
                                                          **AWARDING ATTORNEYS'**
                                                          **FEES AND COSTS**

Department of Education of the City of
New York,

                Defendant.
------------------------------------------------------------------x

      PLEASE TAKE NOTICE, that upon the annexed affidavit of Leah A. Hill, Esq. sworn to on April 18, 2013, Rule 56.1 Statement, the Exhibits submitted herewith, the accompanying Memorandum of Law, and upon all the papers and proceedings had herein, plaintiffs will move this Court before the Honorable Colleen McMahon, United States District Judge, at the United States District Court, 500 Pearl Street, New York, New York 10007, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure, and the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. § 1415(i)(3), for an award of reasonable attorneys' fees to plaintiff as prevailing party in the amount of $56,945.00, together with additional fees and costs incurred in the maintenance of this action as may be approved by the Court, and for such other and further relief as to the Court may deem just and proper.


Dated: New York, New York
       April 18, 2013

*[signature]*
LEAH A. HILL, Esq. (LH 6472)
LINCOLN SQUARE LEGAL SERVICES
33 West 60th Street, 3rd Floor
New York, NY 10023
212-636-6934
Fax (212) 636-6923
lhill@lsls.fordham.edu

TO:
Clerk of the Court

Michael A. Cardozo, Esq.
Corporation Counsel of the City of New York
New York City Law Department
100 Church Street
New York, NY 10007
Attn: Eric Porter, Esq.
Assistant Corporation Counsel
eporter@law.nyc.gov